# EXHIBIT 1

Mark D. Gibson (*pro hac vice*)
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: (303) 473-4837
mdgibson@hollandhart.com

Andrew C. Lillie (*pro hac vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8121
aclillie@hollandhart.com

Shawn T. Welch (7113)
Andrew P. Revelle (18518)
HOLLAND & HART LLP
222 South Main, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
stwelch@hollandhart.com
aprevelle@hollandhart.com

*Attorneys for Intervenor–Defendant Anschutz Exploration Corporation*

Kathy A.F. Davis (4022)
Roger R. Fairbanks (3792)
Assistant Attorneys General
Utah Attorney General's Office
Sean D. Reyes (7969)
Utah Attorney General
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
kathydavis@agutah.gov
rfairbanks@agutah.gov

*Attorneys for Intervenor–Defendant State of Utah*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Plaintiff, | **INTERVENOR–DEFENDANTS' SURREPLY** <br><br> Case No. 2:23-cv-00804-TC-DBP |

| | |
|---|---|
| v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR et al.,<br><br>  Defendants,<br><br>and,<br><br>ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH,<br><br>  Intervenor–Defendants. | Judge Tena Campbell<br><br>Chief Magistrate Judge Dustin B. Pead |

Plaintiff Southern Utah Wilderness Alliance and Federal Defendants have asked the Court to stay this case for 90 days, until September 16, to facilitate settlement discussions. Joint Mot., ECF No. 46. Intervenor–Defendants Anschutz Exploration Corporation ("AEC") and the State of Utah responded that they do not oppose the 90-day stay *on the condition that* the Court direct the Alliance and Federal Defendants to involve them in all settlement discussion and negotiations. Resp., ECF No. 52. In their replies (ECF Nos. 53 and 56), the Alliance and Federal Defendants argue for the first time that AEC and Utah are urging this Court to create a novel *right* to participate in their settlement negotiations.

AEC and Utah submit this surreply simply to clarify that the Alliance and Federal Defendants have mischaracterized AEC and Utah's position. AEC and Utah do not contend that, as intervenors, they have a *right* or are automatically entitled to participate in the Alliance and Federal Defendants'

settlement negotiations. Their request is more modest. AEC and Utah are arguing that the Court *should* allow them to participate, not that the Court *must* allow them to participate.

Beyond misconstruing AEC and Utah's position, the Alliance and Federal Defendants also offer no sound reason for excluding AEC and Utah from the settlement process. Neither disputes the straightforward proposition that providing AEC and Utah visibility into the settlement negotiations creates an opportunity to streamline that process and, hopefully, avoid motions practice challenging any eventual settlement. Instead, the Alliance and Federal Defendants resort to speculation that somehow involving AEC and Utah will hinder or slow down the settlement discussions. But AEC and Utah have no interest in doing that. As explained in their response, AEC and Utah want visibility solely to ensure that any settlement does not impose any duties or obligations on them without their consent, and does not unduly impair their rights and interests in lease development. Rather than prolonging this litigation, allowing AEC and Utah to participate in the settlement process is a reasonable and proactive approach that will improve settlement prospects and creates an opportunity to conserve resources—for all the parties and for the Court.

For these reasons, AEC and Utah should be given the opportunity to participate in the settlement discussions and negotiations moving forward.

Respectfully submitted,

/s/ Mark D. Gibson
Mark D. Gibson
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Phone: (303) 473-4837
Email: mdgibson@hollandhart.com

/s/ Roger Fairbanks
Kathy A.F. Davis
Roger Fairbanks
UTAH ATTORNEY GENERAL'S OFFICE

*Attorneys for Intervenor–Defendant State of Utah*

Andrew C. Lillie
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80302
Phone: (303) 295-8121
Email: aclillie@hollandhart.com

Shawn T. Welch
Andrew P. Revelle
HOLLAND & HART LLP
222 South Main, Suite 2200
Salt Lake City, UT 84101
Phone: (801) 799-5800
Email: stwelch@hollandhart.com
       aprevelle@hollandhart.com

*Attorneys for Intervenor–Defendant
Anschutz Exploration Corporation*

- 4 -