# EXHIBIT 2

Mark D. Gibson (*pro hac vice*)
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone:  (303) 473-4837
mdgibson@hollandhart.com

Andrew C. Lillie (*pro hac vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8121
aclillie@hollandhart.com

Shawn T. Welch (7113)
Andrew P. Revelle (18518)
HOLLAND & HART LLP
222 South Main, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
stwelch@hollandhart.com
aprevelle@hollandhart.com

*Attorneys for Intervenor–Defendant Anschutz Exploration Corporation*

Kathy A.F. Davis (4022)
Roger R. Fairbanks (3792)
Assistant Attorneys General
Utah Attorney General's Office
Sean D. Reyes (7969)
Utah Attorney General
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
kathydavis@agutah.gov
rfairbanks@agutah.gov

*Attorneys for Intervenor–Defendant State of Utah*

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>        Plaintiff, | **[PROPOSED] ORDER GRANTING INTERVENOR-DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE SURREPLY** |

| | |
|---|---|
| v. | Case No. 2:23-cv-00804-TC-DBP |
| UNITED STATES DEPARTMENT OF THE INTERIOR et al., | Judge Tena Campbell |
| | Chief Magistrate Judge Dustin B. Pead |
| Defendants, | |
| and, | |
| ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH, | |
| Intervenor–Defendants. | |

Intervenor–Defendants have filed a joint motion for leave to file a surreply to Plaintiff's and Federal Defendants' replies, ECF Nos. 53 and 56. Having considered the motion, and for good cause shown, the Court grants the motion. The Court will consider Anschutz Exploration Corporation and the State of Utah's surreply, attached as Exhibit 1 to the motion.

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

**BY THE COURT:**

_____