Stephen H.M. Bloch (UT #7813)
Landon Newell (UT #14738)
Hanna Larsen (UT #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
(801) 486-3161
steve@suwa.org
landon@suwa.org
hanna@suwa.org

Attorneys for Plaintiff
Southern Utah Wilderness Alliance

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR et al.,<br><br>    Defendants,<br><br>and,<br><br>ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH,<br><br>    Intervenor-Defendants. | **JOINT STATUS REPORT**<br><br>Case No. 2:23-cv-00804-TC-DBP<br><br>District Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |
|---|---|

Pursuant to the Court's July 29, 2024 order (ECF No. 58), Plaintiff Southern Utah Wilderness Alliance ("SUWA") and Defendants United States Department of the Interior, *et al.*, ("Federal Defendants") provide this joint status report.

SUWA and Federal Defendants have been unable to reach an agreement to resolve this litigation and have abandoned further efforts to this end. In addition, the parties have identified a need to amend the scheduling order previously approved by the Court (ECF No. 36). As a result, SUWA and Federal Defendants will confer with Intervenor-Defendants on a new proposed schedule and will in the near future file a motion to amend the schedule.

| | |
|---|---|
| */s/ Landon Newell* | */s/ Daniel Luecke (with permission)* |
| Stephen H.M. Bloch | TODD KIM |
| Landon Newell | Assistant Attorney General |
| Hanna Larsen | Environmental & Natural Resources Division |
| 425 East 100 South | U.S. Department of Justice |
| Salt Lake City, Utah 84111 | |
| steve@suwa.org | Daniel Luecke |
| landon@suwa.org | Trial Attorney, Natural Resources Section |
| hanna@suwa.org | Ben Franklin Station, P.O. Box 7611 |
| | Washington, D.C. 20044-7611 |
| *Counsel for Plaintiff* | daniel.luecke@usdoj.gov |
| | |
| | *Counsel for Federal Defendants* |