TODD KIM
Assistant Attorney General

DANIEL LUECKE
Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-7863
daniel.luecke@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants,<br><br>and,<br><br>ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH,<br><br>    Intervenor-Defendants. | **JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>Case No. 2:23-cv-00804-TC-DBP<br><br>District Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

Pursuant to the Court's September 18, 2024, Order (ECF No. 60), Plaintiff Southern Utah Wilderness Alliance ("SUWA"), Defendants United States Department of the Interior, *et al.*, ("Federal Defendants"), and Intervenor-Defendants Anschutz Exploration Corporation and State

of Utah ("Intervenor-Defendants") have conferred about the case schedule and hereby move the Court to approve the attached Proposed Stipulated Schedule.

 Respectfully submitted this 27th day of September, 2024.

| | |
|---|---|
| */s/ Landon Newell* <br> Stephen H.M. Bloch <br> Landon Newell <br> Hanna Larsen <br> 425 East 100 South <br> Salt Lake City, Utah 84111 <br> steve@suwa.org <br> landon@suwa.org <br> hanna@suwa.org <br><br> *Counsel for Plaintiff* | TODD KIM <br> Assistant Attorney General <br> Environmental & Natural Resources Division <br> U.S. Department of Justice <br><br> */s/ Daniel Luecke* <br> Daniel Luecke <br> Trial Attorney, Natural Resources Section <br> Ben Franklin Station, P.O. Box 7611 <br> Washington, D.C. 20044-7611 <br> daniel.luecke@usdoj.gov <br><br> *Counsel for Federal Defendants* <br><br> */s/ Andrew C. Lillie* <br> Andrew C. Lillie <br> HOLLAND & HART LLP <br> 555 17th Street, Suite 3200 <br> Denver, CO 80202 <br> Phone: (303) 295-8121 <br> Email: aclillie@hollandhart.com <br><br> Mark D. Gibson <br> HOLLAND & HART LLP <br> 1800 Broadway, Suite 300 <br> Boulder, CO 80302 <br> Phone: (303) 473-4837 <br> Email: mdgibson@hollandhart.com <br><br> Shawn T. Welch <br> HOLLAND & HART LLP <br> 222 South Main, Suite 2200 <br> Salt Lake City, UT 84101 <br> Phone: (801) 799-5800 <br> Email: stwelch@hollandhart.com |

*Counsel for Intervenor-Defendant Anschutz Exploration Corporation*

UTAH ATTORNEY GENERAL'S OFFICE

*/s/ Roger R. Fairbanks*
Kathy A.F. Davis
Roger R. Fairbanks
Assistant Attorneys General

*Counsel for Intervenor-Defendant State of Utah*