THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>   Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>   Defendants,<br><br>and,<br><br>ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH,<br><br>   Intervenor-Defendants. | **STIPULATED SCHEDULING ORDER**<br><br>Case No. 2:23-cv-00804-TC-DBP<br><br>District Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

Pursuant to the Court's September 18, 2024, Order (ECF No. 60), Plaintiff Southern Utah Wilderness Alliance ("SUWA"), Defendants United States Department of the Interior, *et al.*,

("Federal Defendants"), and Intervenor-Defendants Anschutz Exploration Corporation and State of Utah ("Intervenor-Defendants") submit the following proposed stipulated schedule:

1. Conferral on the contents of the administrative record shall occur by October 4, 2024.

2. SUWA shall file its response to the pending motions to dismiss by October 18, 2024.

3. Defendant-Intervenors shall file their replies in support of the motions to dismiss by November 1, 2024.

4. In the event the motions to dismiss are denied in full or in part, the following deadlines shall apply:

    a. Federal Defendants shall lodge the administrative record within 14 days of the Court's order on the motions to dismiss.

    b. Any motion challenging the contents of the administrative record shall be filed within 14 days of the lodging of the administrative record. In the event such a motion is filed, the remainer of this schedule will be vacated and the parties will file a new proposed schedule within 14 days of the Court's order on the motion challenging the administrative record.

    c. SUWA shall file its opening brief 60 days after the lodging of the administrative record.

    d. Federal Defendants shall file their response brief 60 days after the filing of Plaintiff's opening brief.

    e. Intervenor-Defendants shall file their response briefs 14 days after the filing of Federal Defendants' response brief.

    f.      SUWA shall file its reply brief 30 days after the filing of Intervenor-Defendants' response briefs.

DATED this 30 September 2024.

_____
Dustin B. Pead
United States Magistrate Judge

Approved as to form:

| | |
|---|---|
| */s/ Landon Newell* | TODD KIM |
| Stephen H.M. Bloch | Assistant Attorney General |
| Landon Newell | Environmental & Natural Resources Division |
| Hanna Larsen | U.S. Department of Justice |
| 425 East 100 South | |
| Salt Lake City, Utah 84111 | */s/ Daniel Luecke* |
| steve@suwa.org | Daniel Luecke |
| landon@suwa.org | Trial Attorney, Natural Resources Section |
| hanna@suwa.org | Ben Franklin Station, P.O. Box 7611 |
| | Washington, D.C. 20044-7611 |
| *Counsel for Plaintiff* | daniel.luecke@usdoj.gov |

*Counsel for Federal Defendants*

*/s/ Andrew C. Lillie*
Andrew C. Lillie
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Phone: (303) 295-8121
Email: aclillie@hollandhart.com

Mark D. Gibson
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Phone: (303) 473-4837
Email: mdgibson@hollandhart.com

Shawn T. Welch
HOLLAND & HART LLP
222 South Main, Suite 2200
Salt Lake City, UT 84101
Phone: (801) 799-5800
Email: stwelch@hollandhart.com

*Counsel for Intervenor-Defendant Anschutz Exploration Corporation*

UTAH ATTORNEY GENERAL'S OFFICE

*/s/ Roger R. Fairbanks*
Kathy A.F. Davis
Roger R. Fairbanks
Assistant Attorneys General

*Counsel for Intervenor-Defendant State of Utah*