*Southern Utah Wilderness Alliance v. U.S. Department of the Interior*
Case No. 2:23-cv-00804-TC-DBP

**Exhibit 3** to SUWA's Response to Defendant-Intervenors'
Motions to Dismiss

APDs Under Litigation Webpage - Vernal Field Office



U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND MANAGEMENT**

Home / Programs / Energy and Minerals / Oil and Gas / Operations and Production / Permitting / APDs under Litigation

# APD Notifications

The following is notice of complete APD packages received by the BLM and pending as of October 1, 2021, to the present on leases challenged in the following litigation:

- WildEarth Guardians v. BLM, 1:19-cv-00505 (D.N.M.), 20-2146 (10th Cir.).

And pending as of March 3, 2022, for the following litigation:

- WildEarth Guardians v. Haaland, 16-cv-1724 (D.D.C.)
- WildEarth Guardians v. Haaland, 21-cv-0175 (D.D.C.)
- WildEarth Guardians v. Haaland, 20-cv-0056 (D.D.C.)

**Notice of all approved APDs is available at:**

eplanning.blm.gov

# Links

Colorado: Royal Gorge Field Office +

Colorado: Tre Rios Field Office +

Montana/Dakotas +

New Mexico: Carlsbad Field Office +

New Mexico: Roswell Field Office +

Utah: Price Field Office +

Utah: Vernal Field Office −



**Lease ID: UTU 091068**

| BLM NEPA Register | Well Name & Number | Complete APD | Status | APD Status | APD Status Effective |
|---|---|---|---|---|---|
| ePlanning | Lazy River Federal 13-06-9-19 | 1/7/2022 | Approved | AAPD | 9/1/2022 |
| ePlanning | Lazy River Federal 13-02-9-19 | 1/7/2022 | Approved | AAPD | 9/1/2022 |

**Lease ID: UTU 091342**

| BLM NEPA Register | Well Name & Number | Complete APD | Status | APD Status | APD Status Effective |
|---|---|---|---|---|---|
| ePlanning | Shoeless 45-3031-22H | | Approved | AAPD | 8/10/2023 |
| ePlanning | Shoeless 58-3031-22J | | Approved | AAPD | 8/10/2023 |
| ePlanning | Shoeless 75-3031-22G | | Approved | AAPD | 8/10/2023 |
| ePlanning | Shoeless 54-3031-22F | | Approved | AAPD | 8/4/2023 |
| ePlanning | Shoeless 56-3131-22I | | Approved | AAPD | 8/4/2023 |

**Lease ID: UTU 093656**

| BLM NEPA Register | Well Name & Number | Complete APD | Status | APD Status | APD Status Effective |
|---|---|---|---|---|---|
| ePlanning | 10-24-30-24-1 MCH | | Pending | APD | 4/01/2024 |
| ePlanning | 10-24-30-24-2 MCH | | Pending | APD | 4/01/2024 |

**Lease ID: UTU 093659**

| BLM NEPA Register | Well Name & Number | Complete APD | Status | APD Status | APD Status Effective |
|---|---|---|---|---|---|
| ePlanning | 10-24-30-24-1 MCH | | Pending | APD | 4/01/2024 |
| ePlanning | 10-24-30-24-2 MCH | | Pending | APD | 4/01/2024 |
| ePlanning | 10-24-30-6-16 MCH | | Pending | APD | 4/01/2024 |
| ePlanning | 10-24-30-6-15 MCH | | Pending | APD | 4/01/2024 |

**Lease ID: UTU 093668**

| BLM NEPA Register | Well Name & Number | Complete APD | Status | APD Status | APD Status Effective |
|---|---|---|---|---|---|
| ePlanning | 10-24-29-17-1 MCH | | Pending | APD | 4/04/2024 |
| ePlanning | 10-24-17-2 MCH | | Pending | APD | 4/04/2024 |

**Lease ID: UTU 093669**

| BLM NEPA Register | Well Name & Number | Complete APD | Status | APD Status | APD Status Effective |
|---|---|---|---|---|---|
| ePlanning | 23-35-16W MCH | | Pending | APD | 9/24/2024 |
| ePlanning | 23-35-16 MCH | | Pending | APD | 9/24/2024 |
| ePlanning | 23-15 MCH | | Pending | APD | 9/24/2024 |
| ePlanning | 23-35-16W MCH | | Pending | APD | 9/24/2024 |

**Lease ID: UTU 093725**

| BLM NEPA Register | Well Name & Number | Complete APD | Status | APD Status | APD Status Effective |
|---|---|---|---|---|---|
| ePlanning | 12-24-18-19-16W | | Pending | APD | 10/20/2023 |
| ePlanning | 12-14-18-19-16 MCH | | Pending | APD | 10/20/2023 |

Wyoming +

---



U.S. DEPARTMENT OF THE INTERIOR
**BUREAU OF LAND MANAGEMENT**

About BLM
Careers
Contact Us
Maps
Information Center

Website Disclaimers
Disclaimer
Feedback
Report Misconduct
Office of Civil Rights

      

blm.gov
**An official website of the Department of the Interior**

About DOI.gov
Accessibility statement
FOIA requests
No FEAR Act data
Office of the Inspector General
Budget & performance reports

Agency financial reports
Disclaimer
Privacy policy
Vulnerability disclosure policy
Cummings Act notices

Looking for U.S. government information and services?  Visit USA.gov