*Southern Utah Wilderness Alliance v. U.S. Department of the Interior*
Case No. 2:23-cv-00804-TC-DBP

**Exhibit 5** to SUWA's Response to Defendant-Intervenors' Motions to Dismiss

Serial Register Pages for Bissell Oil Operating Company Leases

**DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**CASE RECORDATION**
Serial Register Page

**Run Date/Time**: 10/17/2024 18:23 PM
Multiple Serial Numbers Report

Page 1 of 7

## Authority

01-12-1983; 096STAT2447; 30USC188; FED O&G ROYALTY MGT ACT-1982, TITLE IV.

**Total Acres**
720.00

**Serial Number**
UTUT105692536

**Legacy Serial No**
UTU   093979

**Product Type:** 312021  O&G COMPETITIVE PUBLIC DOMAIN LEASE POST 1987
**Commodity:** Oil & Gas          **Case File Jurisdiction:**
**Case Disposition:** AUTHORIZED          -          09/05/2019

## CASE DETAILS                                                                                              UTUT105692536

| | | | | | |
|---|---|---|---|---|---|
| MLRS Case Ref | C-8297550 | | | | |
| Case Name | | | | | |
| Unit Agreement Name | | | | | |
| | | Split Estate | | Fed Min Interest | |
| Effective Date | 10/01/2019 | Split Estate Acres | | Future Min Interest | No |
| Expiration Date | 09/30/2029 | Royalty Rate | 12.5% | Future Min Interest Date | |
| Land Type | Public Domain | Royalty Rate Other | | Acquired Royalty Interest | |
| Formation Name | | Approval Date | | Held In a Producing Unit | No |
| Parcel Number | UT1218-381 | Sale Date | 03/26/2019 | Number of Active Wells | |
| Parcel Status | | Sales Status | | Production Status | Non-Producing |
| | | Total Bonus Amount | 1,440.00 | | |
| Related Agreement | | Tract Number | | Lease Suspended | No |
| Application Type | | Fund Code | 145003 | Total Rental Amount | |

## CASE CUSTOMERS                                                                                            UTUT105692536

| Name & Mailing Address | | | Interest Relationship | Percent Interest |
|---|---|---|---|---|
| BISSELL OIL OPERATING CO INC | 330 S CENTER ST STE 100 | CASPER  WY  82601-2873 | LESSEE | 100.000000 |

## RECORD TITLE
**(No Records Found)**

## OPERATING RIGHTS
 **(No Records Found)**

## LAND RECORDS                                                                                              UTUT105692536

| Mer | Twp | Rng | Sec | Survey Type | Survey Number | Subdivision | District / Field Office | County | Mgmt Agency |
|---|---|---|---|---|---|---|---|---|---|
| 26 | 0030N | 0170E | 020 | Aliquot | | N2SW,SE | WEST DESERT DISTRICT SALT LAKE FIELD OFFICE | SUMMIT | BUREAU OF LAND MGMT |
| 26 | 0030N | 0170E | 021 | Aliquot | | S2 | WEST DESERT DISTRICT SALT LAKE FIELD OFFICE | SUMMIT | BUREAU OF LAND MGMT |
| 26 | 0030N | 0170E | 029 | Aliquot | | SENW,N2SW,SWSW | WEST DESERT DISTRICT SALT LAKE FIELD OFFICE | SUMMIT | BUREAU OF LAND MGMT |

## CASE ACTIONS                                                                                              UTUT105692536

| Action Date | Date Filed | Action Name | Action Status | Action Information |
|---|---|---|---|---|
| 01/28/2019 | 01/28/2019 | CADASTRAL REVIEW | APPROVED/ACCEPTED | |
| 01/30/2019 | 01/30/2019 | CASE ESTABLISHED | APPROVED/ACCEPTED | Action Remarks: UT1218-381 |
| 02/14/2019 | 02/14/2019 | CAD CERTIFICATE ISSUED | APPROVED/ACCEPTED | |
| 03/26/2019 | 03/26/2019 | BID RECEIVED | APPROVED/ACCEPTED | Action Remarks: $1440.00; |
| 03/26/2019 | 03/26/2019 | SALE HELD | APPROVED/ACCEPTED | |
| 09/05/2019 | 09/05/2019 | LEASE ISSUED | APPROVED/ACCEPTED | |
| 10/01/2019 | 10/01/2019 | EFFECTIVE DATE | APPROVED/ACCEPTED | |
| 10/01/2019 | 10/01/2019 | FUND CODE | APPROVED/ACCEPTED | Action Remarks: 05;145003 |
| 10/01/2019 | 10/01/2019 | RLTY RATE - 12 1/2% | APPROVED/ACCEPTED | |
| 09/30/2029 | 09/30/2029 | EXPIRATION | APPROVED/ACCEPTED | |

**DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**CASE RECORDATION**
Serial Register Page

Run Date/Time: 10/17/2024 18:23 PM
Multiple Serial Numbers Report

Page 2 of 7

| Authority | | Serial Number |
|---|---|---|
| | Total Acres | |
| 01-12-1983; 096STAT2447; 30USC188; FED O&G ROYALTY MGT ACT-1982, TITLE IV. | 1,802.19 | UTUT105693602 |
| | | Legacy Serial No |
| | | UTU   093980 |

**Product Type:** 312021  O&G COMPETITIVE PUBLIC DOMAIN LEASE POST 1987
**Commodity:** Oil & Gas                                    **Case File Jurisdiction:**
**Case Disposition:** AUTHORIZED                                -                              09/05/2019

## CASE DETAILS                                                                                                UTUT105693602

| | | | | | |
|---|---|---|---|---|---|
| MLRS Case Ref | C-8297552 | | | | |
| Case Name | | | | | |
| Unit Agreement Name | | | | | |
| | | Split Estate | | Fed Min Interest | |
| Effective Date | 10/01/2019 | Split Estate Acres | | Future Min Interest | No |
| Expiration Date | 09/30/2029 | Royalty Rate | 12.5% | Future Min Interest Date | |
| Land Type | Public Domain | Royalty Rate Other | | Acquired Royalty Interest | |
| Formation Name | | Approval Date | | Held In a Producing Unit | No |
| Parcel Number | UT1218-382 | Sale Date | 03/26/2019 | Number of Active Wells | |
| Parcel Status | | Sales Status | | Production Status | Non-Producing |
| | | Total Bonus Amount | 3,606.00 | | |
| Related Agreement | | Tract Number | | Lease Suspended | No |
| Application Type | | Fund Code | 145003 | Total Rental Amount | |

## CASE CUSTOMERS                                                                                              UTUT105693602

| Name & Mailing Address | | | Interest Relationship | Percent Interest |
|---|---|---|---|---|
| BISSELL OIL OPERATING CO INC | 330 S CENTER ST STE 100 | CASPER  WY  82601-2873 | LESSEE | 100.000000 |

## RECORD TITLE
**(No Records Found)**

## OPERATING RIGHTS
 **(No Records Found)**

## LAND RECORDS                                                                                                UTUT105693602

| Mer | Twp | Rng | Sec | Survey Type | Survey Number | Subdivision | District / Field Office | County | Mgmt Agency |
|---|---|---|---|---|---|---|---|---|---|
| 26 | 0030N | 0170E | 023 | Aliquot | | E2SE | GREEN RIVER DISTRICT  VERNAL FIELD OFFICE | DAGGETT | BUREAU OF LAND MGMT |
| 26 | 0030N | 0170E | 024 | Aliquot | | S2 | GREEN RIVER DISTRICT  VERNAL FIELD OFFICE | DAGGETT | BUREAU OF LAND MGMT |
| 26 | 0030N | 0170E | 025 | Aliquot | | W2NE,W2,W2SE | GREEN RIVER DISTRICT  VERNAL FIELD OFFICE | DAGGETT | BUREAU OF LAND MGMT |
| 26 | 0030N | 0170E | 026 | Aliquot | | N2NE,SENE, SWNW,E2SE | GREEN RIVER DISTRICT  VERNAL FIELD OFFICE | DAGGETT | BUREAU OF LAND MGMT |
| 26 | 0030N | 0170E | 027 | Aliquot | | SENE | GREEN RIVER DISTRICT  VERNAL FIELD OFFICE | DAGGETT | BUREAU OF LAND MGMT |
| 26 | 0030N | 0170E | 034 | Free Form | | THAT PORTION LYING; \|EASTERLY OF THE SUMMIT;\|& DAGGETT COUNT LINE; | GREEN RIVER DISTRICT  VERNAL FIELD OFFICE | DAGGETT | BUREAU OF LAND MGMT |
| 26 | 0030N | 0170E | 035 | Aliquot | | E2NE,S2SW, N2SE,SWSE | GREEN RIVER DISTRICT  VERNAL FIELD OFFICE | DAGGETT | BUREAU OF LAND MGMT |

## CASE ACTIONS                                                                                                UTUT105693602

NO WARRANTY IS MADE BY BLM FOR USE OF THE DATA FOR PURPOSES NOT INTENDED BY BLM
HISTORICAL INFORMATION MAY ONLY BE ACCESSIBLE THROUGH THE MLRS WEBSITE.

**DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**CASE RECORDATION**
**Serial Register Page**

**Run Date/Time**: 10/17/2024 18:23 PM
Multiple Serial Numbers Report

Page 3 of 7

| Action Date | Date Filed | Action Name | Action Status | Action Information |
|---|---|---|---|---|
| 01/28/2019 | 01/28/2019 | CADASTRAL REVIEW | APPROVED/ACCEPTED | |
| 01/30/2019 | 01/30/2019 | CASE ESTABLISHED | APPROVED/ACCEPTED | Action Remarks: UT1218-382 |
| 02/14/2019 | 02/14/2019 | CAD CERTIFICATE ISSUED | APPROVED/ACCEPTED | |
| 03/26/2019 | 03/26/2019 | BID RECEIVED | APPROVED/ACCEPTED | Action Remarks: $3606.00; |
| 03/26/2019 | 03/26/2019 | SALE HELD | APPROVED/ACCEPTED | |
| 09/05/2019 | 09/05/2019 | LEASE ISSUED | APPROVED/ACCEPTED | |
| 10/01/2019 | 10/01/2019 | EFFECTIVE DATE | APPROVED/ACCEPTED | |
| 10/01/2019 | 10/01/2019 | FUND CODE | APPROVED/ACCEPTED | Action Remarks: 05;145003 |
| 10/01/2019 | 10/01/2019 | RLTY RATE - 12 1/2% | APPROVED/ACCEPTED | |
| 01/19/2021 | 01/19/2021 | LITIGATION FILED | APPROVED/ACCEPTED | Action Remarks: 1:21-CV-00175; |
| 09/30/2029 | 09/30/2029 | EXPIRATION | APPROVED/ACCEPTED | |

NO WARRANTY IS MADE BY BLM FOR USE OF THE DATA FOR PURPOSES NOT INTENDED BY BLM
HISTORICAL INFORMATION MAY ONLY BE ACCESSIBLE THROUGH THE MLRS WEBSITE.

**DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**CASE RECORDATION**
Serial Register Page

Run Date/Time: 10/17/2024 18:23 PM
Multiple Serial Numbers Report

Page 4 of 7

| Authority | | Serial Number |
|---|---|---|
| | Total Acres | |
| 01-12-1983; 096STAT2447; 30USC188; FED O&G ROYALTY MGT ACT-1982, TITLE IV. | 917.81 | UTUT105693606 Legacy Serial No UTU  093981 |

**Product Type:** 312021  O&G COMPETITIVE PUBLIC DOMAIN LEASE POST 1987
**Commodity:** Oil & Gas                **Case File Jurisdiction:**
**Case Disposition:** AUTHORIZED          -                                      09/05/2019

## CASE DETAILS                                                                              UTUT105693606

| | | | | | |
|---|---|---|---|---|---|
| MLRS Case Ref | C-8297556 | | | | |
| Case Name | | | | | |
| Unit Agreement Name | | | | | |
| | | Split Estate | | Fed Min Interest | |
| Effective Date | 10/01/2019 | Split Estate Acres | | Future Min Interest | No |
| Expiration Date | 09/30/2029 | Royalty Rate | 12.5% | Future Min Interest Date | |
| Land Type | Public Domain | Royalty Rate Other | | Acquired Royalty Interest | |
| Formation Name | | Approval Date | | Held In a Producing Unit | No |
| Parcel Number | UT1218-383 | Sale Date | 03/26/2019 | Number of Active Wells | |
| Parcel Status | | Sales Status | | Production Status | Non-Producing |
| | | Total Bonus Amount | 1,836.00 | | |
| Related Agreement | | Tract Number | | Lease Suspended | No |
| Application Type | | Fund Code | 145003 | Total Rental Amount | |

## CASE CUSTOMERS                                                                              UTUT105693606

| Name & Mailing Address | | | Interest Relationship | Percent Interest |
|---|---|---|---|---|
| BISSELL OIL OPERATING CO INC | 330 S CENTER ST STE 100 | CASPER  WY  82601-2873 | LESSEE | 100.000000 |

## RECORD TITLE
(No Records Found)

## OPERATING RIGHTS
(No Records Found)

## LAND RECORDS                                                                              UTUT105693606

| Mer | Twp | Rng | Sec | Survey Type | Survey Number | Subdivision | District / Field Office | County | Mgmt Agency |
|---|---|---|---|---|---|---|---|---|---|
| 26 | 0030N | 0170E | 033 | Entire Section | | ENTIRE SECTION | WEST DESERT DISTRICT  SALT LAKE FIELD OFFICE | SUMMIT | BUREAU OF LAND MGMT |
| 26 | 0030N | 0170E | 034 | Free Form | | THAT PORTION LYING; \|WESTERLY OF THE SUMMIT &; \|DAGGETT COUNTY LINE; | WEST DESERT DISTRICT  SALT LAKE FIELD OFFICE | SUMMIT | BUREAU OF LAND MGMT |

## CASE ACTIONS                                                                              UTUT105693606

| Action Date | Date Filed | Action Name | Action Status | Action Information |
|---|---|---|---|---|
| 01/28/2019 | 01/28/2019 | CADASTRAL REVIEW | APPROVED/ACCEPTED | |
| 01/30/2019 | 01/30/2019 | CASE ESTABLISHED | APPROVED/ACCEPTED | Action Remarks: UT1218-383 |
| 02/14/2019 | 02/14/2019 | CAD CERTIFICATE ISSUED | APPROVED/ACCEPTED | |
| 03/26/2019 | 03/26/2019 | BID RECEIVED | APPROVED/ACCEPTED | Action Remarks: $1836.00; |
| 03/26/2019 | 03/26/2019 | SALE HELD | APPROVED/ACCEPTED | |
| 09/05/2019 | 09/05/2019 | LEASE ISSUED | APPROVED/ACCEPTED | |
| 10/01/2019 | 10/01/2019 | EFFECTIVE DATE | APPROVED/ACCEPTED | |
| 10/01/2019 | 10/01/2019 | FUND CODE | APPROVED/ACCEPTED | Action Remarks: 05;145003 |
| 10/01/2019 | 10/01/2019 | RLTY RATE - 12 1/2% | APPROVED/ACCEPTED | |
| 09/30/2029 | 09/30/2029 | EXPIRATION | APPROVED/ACCEPTED | |

NO WARRANTY IS MADE BY BLM FOR USE OF THE DATA FOR PURPOSES NOT INTENDED BY BLM
HISTORICAL INFORMATION MAY ONLY BE ACCESSIBLE THROUGH THE MLRS WEBSITE.

**DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
CASE RECORDATION
Serial Register Page**

**Run Date/Time**: 10/17/2024 18:23 PM
Multiple Serial Numbers Report

Page 5 of 7

NO WARRANTY IS MADE BY BLM FOR USE OF THE DATA FOR PURPOSES NOT INTENDED BY BLM
HISTORICAL INFORMATION MAY ONLY BE ACCESSIBLE THROUGH THE MLRS WEBSITE.

**DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**CASE RECORDATION**
Serial Register Page

Run Date/Time: 10/17/2024 18:23 PM
Multiple Serial Numbers Report

Page 6 of 7

| **Authority** | | **Total Acres** | **Serial Number** |
|---|---|---|---|
| 01-12-1983; 096STAT2447; 30USC188; FED O&G ROYALTY MGT ACT-1982, TITLE IV. | | 1,147.29 | UTUT105693607 Legacy Serial No UTU 093982 |

**Product Type:** 312021 O&G COMPETITIVE PUBLIC DOMAIN LEASE POST 1987
**Commodity:** Oil & Gas         **Case File Jurisdiction:**
**Case Disposition:** AUTHORIZED        -        09/05/2019

## CASE DETAILS                                                                                    UTUT105693607

| | | | | | |
|---|---|---|---|---|---|
| MLRS Case Ref | C-8297557 | | | | |
| Case Name | | | | | |
| Unit Agreement Name | | | | | |
| | | Split Estate | | Fed Min Interest | |
| Effective Date | 10/01/2019 | Split Estate Acres | | Future Min Interest | No |
| Expiration Date | 09/30/2029 | Royalty Rate | 12.5% | Future Min Interest Date | |
| Land Type | Public Domain | Royalty Rate Other | | Acquired Royalty Interest | |
| Formation Name | | Approval Date | | Held In a Producing Unit | No |
| Parcel Number | UT1218-384 | Sale Date | 03/26/2019 | Number of Active Wells | |
| Parcel Status | | Sales Status | | Production Status | Non-Producing |
| | | Total Bonus Amount | 2,296.00 | | |
| Related Agreement | | Tract Number | | Lease Suspended | No |
| Application Type | | Fund Code | 145003 | Total Rental Amount | |

## CASE CUSTOMERS                                                                                  UTUT105693607

| Name & Mailing Address | | | Interest Relationship | Percent Interest |
|---|---|---|---|---|
| BISSELL OIL OPERATING CO INC | 330 S CENTER ST STE 100 | CASPER  WY  82601-2873 | LESSEE | 100.000000 |

## RECORD TITLE
(No Records Found)

## OPERATING RIGHTS
 (No Records Found)

## LAND RECORDS                                                                                    UTUT105693607

| Mer | Twp | Rng | Sec | Survey Type | Survey Number | Subdivision | District / Field Office | County | Mgmt Agency |
|---|---|---|---|---|---|---|---|---|---|
| 26 | 0030N | 0180E | 019 | Lot | | 4 | GREEN RIVER DISTRICT VERNAL FIELD OFFICE | DAGGETT | BUREAU OF LAND MGMT |
| 26 | 0030N | 0180E | 028 | Aliquot | | W2SW | GREEN RIVER DISTRICT VERNAL FIELD OFFICE | DAGGETT | BUREAU OF LAND MGMT |
| 26 | 0030N | 0180E | 029 | Aliquot | | SE | GREEN RIVER DISTRICT VERNAL FIELD OFFICE | DAGGETT | BUREAU OF LAND MGMT |
| 26 | 0030N | 0180E | 030 | Lot | | 1 | GREEN RIVER DISTRICT VERNAL FIELD OFFICE | DAGGETT | BUREAU OF LAND MGMT |
| 26 | 0030N | 0180E | 031 | Aliquot | | N2NE,SENE, NESW,N2SE, SESE | GREEN RIVER DISTRICT VERNAL FIELD OFFICE | DAGGETT | BUREAU OF LAND MGMT |
| 26 | 0030N | 0180E | 031 | Lot | | 1-4 | GREEN RIVER DISTRICT VERNAL FIELD OFFICE | DAGGETT | BUREAU OF LAND MGMT |
| 26 | 0030N | 0180E | 033 | Aliquot | | N2 | GREEN RIVER DISTRICT VERNAL FIELD OFFICE | DAGGETT | BUREAU OF LAND MGMT |
| 26 | 0030N | 0180E | 034 | Aliquot | | W2NW | GREEN RIVER DISTRICT VERNAL FIELD OFFICE | DAGGETT | BUREAU OF LAND MGMT |

## CASE ACTIONS                                                                                    UTUT105693607

| Action Date | Date Filed | Action Name | Action Status | Action Information |
|---|---|---|---|---|
| 01/28/2019 | 01/28/2019 | CADASTRAL REVIEW | APPROVED/ACCEPTED | |

NO WARRANTY IS MADE BY BLM FOR USE OF THE DATA FOR PURPOSES NOT INTENDED BY BLM
HISTORICAL INFORMATION MAY ONLY BE ACCESSIBLE THROUGH THE MLRS WEBSITE.

**DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**CASE RECORDATION**
**Serial Register Page**

**Run Date/Time**: 10/17/2024 18:23 PM
Multiple Serial Numbers Report

Page 7 of 7

| Action Date | Date Filed | Action Name | Action Status | Action Information |
|---|---|---|---|---|
| 01/30/2019 | 01/30/2019 | CASE ESTABLISHED | APPROVED/ACCEPTED | Action Remarks: UT1218-384 |
| 02/14/2019 | 02/14/2019 | CAD CERTIFICATE ISSUED | APPROVED/ACCEPTED | |
| 03/26/2019 | 03/26/2019 | BID RECEIVED | APPROVED/ACCEPTED | Action Remarks: $2296.00; |
| 03/26/2019 | 03/26/2019 | SALE HELD | APPROVED/ACCEPTED | |
| 09/05/2019 | 09/05/2019 | LEASE ISSUED | APPROVED/ACCEPTED | |
| 10/01/2019 | 10/01/2019 | EFFECTIVE DATE | APPROVED/ACCEPTED | |
| 10/01/2019 | 10/01/2019 | FUND CODE | APPROVED/ACCEPTED | Action Remarks: 05;145003 |
| 10/01/2019 | 10/01/2019 | RLTY RATE - 12 1/2% | APPROVED/ACCEPTED | |
| 01/19/2021 | 01/19/2021 | LITIGATION FILED | APPROVED/ACCEPTED | Action Remarks: 1:21-CV-00175; |
| 09/30/2029 | 09/30/2029 | EXPIRATION | APPROVED/ACCEPTED | |

NO WARRANTY IS MADE BY BLM FOR USE OF THE DATA FOR PURPOSES NOT INTENDED BY BLM
HISTORICAL INFORMATION MAY ONLY BE ACCESSIBLE THROUGH THE MLRS WEBSITE.