

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Shawn T. Welch |
| Firm: | Holland & Hart LLP |
| Address: | 222 South Main Street |
| | Suite 2200 |
| | Salt Lake City, UT 84101 |
| Telephone: | 801-799-5800 |
| Email: | stwelch@hollandhart.com |
| | |
| Pro Hac Vice Applicant: | Jason A. Pedraza |
| Firm: | Holland & Hart LLP |
| Address: | 555 17th Street |
| | Suite 3200 |
| | Denver, CO  80202 |
| Telephone: | 303-295-8386 |
| Email: | japedraza@hollandhart.com |

An applicant who intends to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| State of New Jersey | 306832019 | 11/12/2019 |
| State of Colorado | 57352 | 05/26/2022 |
| U.S. District Court, District of Colorado | | 06/15/2022 |
| U.S. District Court, Western District of Wisconsin | | 09/11/2023 |
| Tenth Circuit Court of Appeals | | 08/22/2024 |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?   ☐ Yes   ☒ No

1

If yes, please explain:

### LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| Certification | Yes | No |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

____/s/ Jason A. Pedraza_____     _January 7, 2025_____
Signature                                                                              Date