# EXHIBIT A

## January 16, 2025 BLM Notice Submitted to Federal Register

letter received December 3, 2024. The BLM considered the concerns, and where not in conflict with the purposes, policies and programs of Federal laws and regulations applicable to public lands, accepted recommendations, which are described in sections 1.2 of the BLM ROD. As the changes were within the range of alternatives considered in the RMP/EIS, the BLM did not seek public comments on the recommendations that were accepted.

On January 8, 2025, the Governor appealed to the BLM Director the Acting State Director's decision not to accept or address all the State's recommendations, consistent with 43 CFR 1610.3–2. After careful review and consideration of the Governor's points, the Department of the Interior determined that the planning effort properly considered all applicable State and local plans, policies, and programs, and that no further changes are necessary to provide for a reasonable balance between the national interest and the State's interest. The BLM has published the reasons for the Department of the Interior's determination to reject the Governor's appeal and recommendations on its website (see **ADDRESSES**).

The Department of the Interior Principal Deputy Assistant Secretary for Land and Minerals Management signed the BLM ROD. The Manti-La Sal National Forest Supervisor signed the USDA Forest Service ROD.

(Authority: 36 CFR 219.13, 36 CFR 219.16, 36 CFR 219.17, 40 CFR 1501.9, 43 CFR 1610.2, and 43 CFR 1610.5–1)

**Matthew A. Preston,**
*BLM Utah State Director, Acting.*

**Barbara Van Alstine,**
*Manti-La Sal National Forest Supervisor.*

[FR Doc. 2025–00863 Filed 1–15–25; 8:45 am]
**BILLING CODE 4331–25–P**

---

## DEPARTMENT OF THE INTERIOR

### Bureau of Land Management

**[PO #4820000251]**

### Intent To Prepare an Environmental Impact Statement for the Oil and Gas Leasing Decisions in Seven States From February 2015 to December 2020

**AGENCY:** Bureau of Land Management, Interior.

**ACTION:** Notice of intent.

**SUMMARY:** The Bureau of Land Management (BLM) intends to prepare an Environmental Impact Statement (EIS) for approximately 3,224 oil and gas leases sold in Colorado, Montana, New Mexico, North Dakota, South Dakota, Utah, and Wyoming and issued pursuant to 74 individual lease sale decisions. The EIS will provide a comprehensive analysis of the potential environmental impacts from these leases, which have been remanded to BLM for further review, including the impacts of greenhouse gas emissions (to include the social cost of carbon) and other common impacts.

**DATES:** This notice initiates the public scoping process for the EIS. Comments on issues, impacts, and potential new alternatives to be analyzed, as well as on relevant information, studies, or analyses, may be submitted in writing until March 17, 2025. The BLM will announce on its website any additional venues for commenting during scoping.

**ADDRESSES:** You may submit comments by any of the following methods:
- Website: *https://eplanning.blm.gov/eplanning-ui/project/2036015/510*.
- Mail: BLM, Headquarters, Division of Fluid Minerals, Attention—Oil and Gas litigated leases EIS, 301 Dinosaur Trail, Santa Fe, New Mexico 87508.

**FOR FURTHER INFORMATION CONTACT:** Janna Simonson, Project Lead, or John Ajak, Division Chief, via email at *bllm_hq_litigated leases_EIS@blm.gov,* or via telephone at 505–954–2000; or by mail at Bureau of Land Management, 301 Dinosaur Trail, Santa Fe, NM 87508. You may also request to be added to the mailing list for the EIS. The 2022 supplemental EA may be found at the *https://eplanning.blm.gov/eplanning-ui/project/2022218/510.*

Individuals in the United States who are deaf, deafblind, hard of hearing, or have a speech disability may dial 711 (TTY, TDD, or TeleBraille) to access telecommunications relay services for contacting Ms. Headen. Individuals outside the United States should use the relay services offered within their country to make international calls to the point-of-contact in the United States.

**SUPPLEMENTARY INFORMATION:** The BLM will review the environmental analyses for the leasing decisions that were challenged in the following lawsuits: *WildEarth Guardians* v. *BLM,* 19–cv–00505 (D.N.M.), 20–2146 (10th Cir.) (challenging leasing decisions in New Mexico); *WildEarth Guardians* v. *Bernhardt,* 16–cv–01724 (D.D.C.) (challenging leasing decisions in Colorado, Utah, and Wyoming); *WildEarth Guardians* v. *Bernhardt,* 20–cv–00056 (D.D.C.) (challenging leasing decisions in Colorado, Montana, New Mexico, North Dakota, South Dakota, Utah, and Wyoming); *WildEarth Guardians* v. *Bernhardt,* 21–cv–00175 (D.D.C.) (challenging leasing decisions in Colorado, New Mexico, Utah, and Wyoming); and *WildEarth Guardians* v. *Bernhardt,* 21–cv–00004 (D. Mont.) (challenging leasing decisions in Montana, North Dakota and South Dakota). Impacts to other resources were also raised in the subject complaints. The BLM may elect to include additional analysis in the EIS for resources and impacts beyond greenhouse gas emissions, climate change, and the social cost of greenhouse gases.

The area encompassed by the challenged oil and gas leases includes approximately 3.5 million acres within the States of Colorado, Montana, New Mexico, North Dakota, South Dakota, Utah, and Wyoming. In September 2022, the BLM prepared and solicited public comments on the Supplemental Environmental Assessment Analysis for Greenhouse Gas Emissions Related to Oil and Gas Leasing in Seven States from February 2015 to December 2020. In consideration of new science and information related to greenhouse gas emissions, climate change, and the social cost of greenhouse gases (*e.g.,* the Department's adoption, on October 16, 2024, of new estimates of the social cost as the best available science), and the number of oil and gas leases under consideration across seven States, the BLM is electing to prepare an EIS, with associated opportunities for public comment. The number of leases and amount of acreage at issue may also warrant analysis of other common impacts, such as those to wildlife, water resources, and night skies.

The purpose of this public scoping process is to solicit information from the public related to these leases. Information received during this process will influence the development of the EIS and guide the scope of the environmental analysis.

The leasing decisions that will be analyzed in this EIS arise from BLM's responsibility under the Federal Land Policy and Management Act and the Mineral Leasing Act. The purpose and need for the EIS is to address issues raised in multiple civil lawsuits about the adequacy of the environmental analyses for the various decisions at issue and to ensure compliance with the National Environmental Policy Act, applicable Executive and Secretarial Orders, and Departmental policies regarding analysis of the impacts from greenhouse gas emissions and the social cost of greenhouse gases—including Executive Order 13990, Secretary's Order 3399, and new information provided in the 2023 BLM Specialist Report on Annual Greenhouse Gas

Emissions and Climate Trends. Potential new alternatives to be considered in the EIS include, but are not limited to, those that would affirm the issuance of these leases under the terms, conditions, and stipulations as originally issued, or not affirm their issuance under their original terms, conditions, and stipulations.

After the scoping comment period is closed, the BLM will review and consider the scoping comments received and will develop a Draft EIS, which BLM estimates will be completed approximately 6 to 8 months after the scoping period ends. At that time, the Draft EIS will be made available for public comment for at least 45 days. After the close of the Draft EIS comment period, the BLM will develop a Final EIS incorporating comments received on the Draft, which the BLM estimates will be completed approximately 6 months after the Draft EIS comment period ends. A record of decision selecting an alternative from the Final EIS would be issued no sooner than 30 days after notice of the availability of the Final EIS is published in the **Federal Register**.

(Authority: 30 U.S.C. 181 and 226; 43 U.S.C. 1701 *et seq.;* 42 U.S.C. 4332; and 43 CFR part 3100 (2024))

**Steven Feldgus,**
*Principal Deputy Assistant Secretary, Land and Minerals Management.*
[FR Doc. 2025–00854 Filed 1–15–25; 8:45 am]
**BILLING CODE 4331–27–P**

## DEPARTMENT OF THE INTERIOR

### Bureau of Land Management

[PO #4820000251]

### Call for Nominations for Bureau of Land Management Northern New Mexico Resource Advisory Council

**AGENCY:** Bureau of Land Management, Interior.
**ACTION:** Notice of call for nominations.

**SUMMARY:** The purpose of this notice is to request public nominations for the Bureau of Land Management's (BLM) Northern New Mexico Resource Advisory Council (RAC) for terms scheduled to expire. This RAC provides advice and recommendations to the BLM on land use planning and management of the National System of Public Lands within its geographic areas.

**DATES:** All nominations must be received no later than February 18, 2025.

**ADDRESSES:** Nominations and completed applications should be sent to the individual listed in the **FOR FURTHER INFORMATION CONTACT** section of this notice.

**FOR FURTHER INFORMATION CONTACT:** Jamie Garcia, BLM Rio Puerco Field Office, 100 Sun Avenue NE, Suite 330, Albuquerque, NM 87109; email: *jagarcia@blm.gov;* phone: (505) 761–8787. Individuals in the United States who are deaf, deafblind, hard of hearing, or have a speech disability may dial 711 (TTY, TDD, or TeleBraille) to access telecommunications relay services. Individuals outside the United States should use the relay services offered within their country to make international calls to the point-of-contact in the United States.

**SUPPLEMENTARY INFORMATION:** The Federal Land Policy and Management Act (FLPMA) directs the Secretary of the Interior to involve the public in planning and issues related to management of lands administered by the BLM through the establishment of 10- to 15-member citizen-based advisory councils that are managed in accordance with the Federal Advisory Committee Act (FACA). As required by FACA, RAC membership must be balanced and representative of the various interests concerned with the management of the public lands. The rules governing RACs are found at 43 CFR part 1780 subpart 1784. The RACs include the following three membership categories:

*Category One*—Holders of Federal grazing permits or leases within the area for which the RAC is organized; represent interests associated with transportation or rights-of-way; represent developed outdoor recreation, off-highway vehicle users, or commercial recreation activities; represent the commercial timber industry; or represent energy and mineral development.

*Category Two*—Representatives of nationally or regionally recognized environmental organizations; dispersed recreational activities; archaeological and historical interests; or nationally or regionally recognized wild horse and burro interest groups.

*Category Three*—Hold state, county, or local elected office; are employed by a state agency responsible for the management of natural resources, land, or water; represent Indian tribes within or adjacent to the area for which the RAC is organized; are employed as academicians in natural resource management or the natural sciences; or represent the affected public at large.

Individuals may nominate themselves or others. Nominations received during the National Call for Nominations are being considered and individuals do not need to reapply. Nominees must be residents of the State of New Mexico. The BLM will evaluate nominees based on their education, training, experience, and knowledge of the geographic area of the RAC. Nominees should demonstrate a commitment to collaborative resource decision-making.

The following must accompany all nominations:

—A completed RAC application, which can either be obtained through your local BLM office or online at: *https://www.blm.gov/sites/default/files/docs/2022-05/BLM-Form-1120-19_RAC-Application.pdf*
—Letters of reference from represented interests or organizations; and
—Any other information that addresses the nominee's qualifications.

Simultaneous with this notice, the BLM will issue an online announcement providing additional information for submitting nominations.

(Authority: 43 CFR 1784.4–1)

**Sabrina Flores,**
*Albuquerque District Manager.*
[FR Doc. 2025–00950 Filed 1–15–25; 8:45 am]
**BILLING CODE 4331–23–P**

## DEPARTMENT OF THE INTERIOR

### Bureau of Land Management

[BLM_AK_FRN_MO4500183710; AA–11821]

### Alaska Native Claims Selection

**AGENCY:** Bureau of Land Management, Interior.
**ACTION:** Notice of decision approving lands for conveyance.

**SUMMARY:** The Bureau of Land Management (BLM) hereby provides constructive notice that it will issue an appealable decision approving conveyance of the surface estate in certain lands to Cook Inlet Region, Inc., an Alaska Native regional corporation, pursuant to the Alaska Native Claims Settlement Act of 1971 (ANCSA), as amended. Ownership of the subsurface estate will be retained by the United States.

**DATES:** Any party claiming a property interest in the lands affected by the decision may appeal the decision in accordance with the requirements of 43 CFR part 4 within the time limits set out in the **SUPPLEMENTARY INFORMATION** section.

**ADDRESSES:** You may obtain a copy of the decision from the Bureau of Land Management, Alaska State Office, 222 West Seventh Avenue, #13, Anchorage, AK 99513–7504.