Stephen H.M. Bloch (UT #7813)
Landon Newell (UT #14738)
Hanna Larsen (UT #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
(801) 486-3161
steve@suwa.org
landon@suwa.org
hanna@suwa.org

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>   Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR** *et al.*,<br><br>   Defendants,<br><br>and,<br><br>**ANSCHUTZ EXPLORATION CORPORATION** and **STATE OF UTAH**,<br><br>   Intervenor-Defendants. | **NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Case No. 2:23-cv-00804-TC-DBP<br><br>Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 7-1(c), Plaintiff Southern Utah Wilderness Alliance ("SUWA") respectfully submits this Notice of Supplemental Authority.

On January 30, 2025, the Bureau of Land Management ("BLM") approved Defendant-Intervenor Anschutz Exploration Company's ("AEC") applications for permits to drill ("APDs") the Drumlin Well Pad Project. *See generally*, Bureau of Land Mgmt., Decision Record, DOI-BLM-UT-G010-2023-0064-EA (Jan. 2025) ("DR") (attached as Ex. 1). The DR approved eight drilling permits, including, on leases challenged in this lawsuit. As stated in the DR, "[t]his decision is effective upon the date it is signed by the authorized officer"—that is, it is effective immediately. *Id* at *4. This is pertinent and significant information that the Court should be informed of before entering a decision on AEC's and the State of Utah's Motions to Dismiss (ECF Nos. 42, 45).

The now-approved Drumlin Well Pad Project is the same project SUWA highlighted in its Response to Intervenor-Defendants' Motions to Dismiss and discussed at the hearing held on January 16, 2025. *See* Pl. Response to Intervenor-Defs. Mots. To Dismiss, at 7-8 (ECF No. 64). AEC is now authorized to begin drilling on leases at issue in this litigation. This underscores the fact that BLM[1] and AEC are treating the underlying leasing decisions as final, regardless of the still-pending supplemental leasing analysis. Moreover, BLM's approval of the Drumlin Well Pad Project confirms SUWA's point that this lawsuit is ripe and has real-world impacts that harm SUWA's interests.

---

[1] The Federal Defendants did not join AEC and Utah's Motions to Dismiss, did not file a brief in response to the Motions to Dismiss, and did not actively participate in the January 16, 2025 hearing.

Respectfully submitted January 30, 2025

/s/ *Hanna Larsen*
Hanna Larsen
Stephen H.M. Bloch
Landon Newell

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*