AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

SOUTHERN UTAH WILDERNESS ALLIANCE,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES BUREAU OF LAND MANAGEMENT, AND CHRISTINA PRICE, in her official capacity as Deputy State Director, Division of Land and Minerals

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 2:23-CV-00804-TC-DBP

IT IS ORDERED AND ADJUDGED

That all of Plaintiff's causes of action are dismissed without prejudice.

February 4, 2025
*Date*

BY THE COURT:

*/s/ Tena Campbell*
Tena Campbell
United States District Court Judge