# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| Southern Utah Wilderness Alliance<br><br>**Plaintiff,**<br><br>vs.<br><br>U.S. Department of Interior,<br><br>**Defendant.** | Case No. 2:23-cv-00804-TC |

## TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒ Attorney:   Hanna C. Larsen

☒ Party:

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| January 16, 2025 | Motion to Dismiss Hearing |
| | |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date: _____   Michelle B. Gonsalves

Court Reporter