# EXHIBIT G

 

*Sent via email to mpreston@blm.gov, cjprice@blm.gov, mmoffitt@blm.gov*

March 4, 2025

Matthew Preston, Acting State Director
Christina Price, Deputy State Director of Lands and Minerals
Utah State Office
Bureau of Land Management
440 W 200 S, Ste. 500
Salt Lake City, UT 84101

    RE:    Drumlin Well Pad State Director Review (SDR UT 25-06)

Dear Matt and Christina,

On February 14, 2025 the Southern Utah Wilderness Alliance and Living Rivers Colorado Riverkeeper (collectively, "SUWA") filed a request for state director review ("SDR") of the Drumlin Well Pad Project, DOI-BLM-UT-G010-2024-0064-EA. Pursuant to 43 C.F.R. § 3165.3(d), "[t]he State Director will issue a final decision within 10 business days after the receipt of a complete request for administrative review."

SUWA received a letter from BLM dated February 26, 2025 stating that BLM "expects to issue a written decision [on the request for SDR] within the next 120-days." Notably, that letter does not excuse BLM's obligation to issue a final decision on the Drumlin Well Pad SDR within 10 business days of February 14, 2025 (*i.e.*, by March 3, 2025).

Because SUWA received no such final decision by March 3, 2025, BLM has constructively denied SUWA's Drumlin Well Pad SDR. SUWA may take additional warranted action as it believes necessary to protect its rights.

                                          Sincerely,

                                          */s/Hanna Larsen*
                                          Hanna Larsen
                                          Landon Newell

                                          *Attorneys for the Southern Utah Wilderness*
                                          *Alliance and Living Rivers Colorado Riverkeeper*

Cc:    Tina R. Van Bockern, trvanbockern@hollandhart.com
        Utsarga Bhattarai, ubhattarai@hollandhart.com
        Attorneys for Anschutz Exploration Corporation