KATHY A.F. DAVIS (4022)
ROGER R. FAIRBANKS (3792)
Assistant Attorneys General
Utah Attorney General's Office
SEAN D. REYES (7969)
UTAH ATTORNEY GENERAL
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
kathydavis@agutah.gov
rfairbanks@agutah.gov
*Attorneys for Intervenor-defendant State of Utah*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES BUREAU OF LAND MANAGEMENT, and CHRISTINA PRICE, in her official capacity as Deputy State Director, Division of Lands and Minerals,<br><br>  Defendants,<br><br>and<br><br>ANSCHUTZ EXPLORATION CORPORATION AND STATE OF UTAH,<br><br>  Intervenor-defendants. | RESPONSE OF STATE OF UTAH TO PLAITNTIFF'S MOTION TO ALTER OR AMEND JUDGMENT AND JOINDER IN THE RESPONSE OF AEC<br><br>Case No. 2:23-cv-00804-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

Intervenor-defendant, State of Utah ("The State"), hereby responds to Plaintiff's Motion to Alter or Amend Judgment (Dkt 78) and joins in the Response of Intervenor-defendant Anschutz Exploration Corporation ("AEC") (Dkt 79).

The State fully supports and joins in the arguments of AEC. The Court should deny SUWA's motion because its claims challenging BLM's leasing decisions remain unripe for review.

Respectfully submitted this 24th day of March, 2025.

                                            UTAH ATTORNEY GENERAL'S OFFICE

                                            /s/ Roger R. Fairbanks
                                            Kathy A.F. Davis
                                            Roger R. Fairbanks
                                            Assistant Attorneys General

## CERTIFICATE OF SERVICE

      I certify that on June 3, 2024, the undersigned electronically filed the foregoing **RESPONSE OF STATE OF UTAH TO PLAITNTIFF'S MOTION TO ALTER OR AMEND JUDGMENT AND JOINDER IN THE RESPONSE OF AEC** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record:

      /s/ Roger R. Fairbanks
      Assistant Attorney General