ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

DANIEL LUECKE
Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-7863
daniel.luecke@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>   Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>   Defendants,<br><br>and,<br><br>ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH,<br><br>   Intervenor-Defendants. | **JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>Case No. 2:23-cv-00804-TC-DBP<br><br>District Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

The Court's May 20, 2025 Minute Order (ECF No. 88) directs the parties to follow the Scheduling Order set forth in the Court's Order of September 30, 2024 (ECF No. 63). Under

that Scheduling Order, Defendants are to lodge the administrative record within 14 days of the Court's Order on the motions to dismiss, or by June 2, 2025.

Given subsequent developments and workload constraints of undersigned counsel for Defendants and agency staff at Defendant Bureau of Land Management, counsel for Defendants has approached the parties about extending the deadline for lodging the administrative record. All parties – Plaintiff Southern Utah Wilderness Alliance ("SUWA"), Defendants United States Department of the Interior, *et al*., ("Federal Defendants"), and Intervenor-Defendants Anschutz Exploration Corporation and State of Utah ("Intervenor-Defendants") – agree that the case schedule may be modified as set forth in the attached Proposed Stipulated Schedule and they hereby move the Court to approve and adopt that schedule.

Respectfully submitted this 29th day of May, 2025.

*/s/ Landon Newell*
Stephen H.M. Bloch
Landon Newell
Hanna Larsen
425 East 100 South
Salt Lake City, Utah 84111
steve@suwa.org
landon@suwa.org
hanna@suwa.org

*Counsel for Plaintiff*

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environmental & Natural Resources Division
U.S. Department of Justice

*/s/ Daniel Luecke*
Daniel Luecke
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
daniel.luecke@usdoj.gov

*Counsel for Federal Defendants*

*/s/ Andrew C. Lillie*
Andrew C. Lillie
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Phone: (303) 295-8121
Email: aclillie@hollandhart.com

 Mark D. Gibson
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Phone: (303) 473-4837
Email: mdgibson@hollandhart.com

Shawn T. Welch
HOLLAND & HART LLP
222 South Main, Suite 2200
Salt Lake City, UT 84101
Phone: (801) 799-5800
Email: stwelch@hollandhart.com

*Counsel for Intervenor-Defendant Anschutz Exploration Corporation*

UTAH ATTORNEY GENERAL'S OFFICE

*/s/ Roger R. Fairbanks*
Kathy A.F. Davis
Roger R. Fairbanks
Assistant Attorneys General

*Counsel for Intervenor-Defendant State of Utah*

3