ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

DANIEL LUECKE
Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-7863
daniel.luecke@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>   Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>   Defendants,<br><br>and,<br><br>ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH,<br><br>   Intervenor-Defendants. | **[PROPOSED] STIPULATED SCHEDULING ORDER**<br><br>Case No. 2:23-cv-00804-TC-DBP<br><br>District Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

Plaintiff Southern Utah Wilderness Alliance ("SUWA"), Defendants United States

Department of the Interior, *et al*., ("Federal Defendants"), and Intervenor-Defendants Anschutz

Exploration Corporation and State of Utah ("Intervenor-Defendants") request that the Court approve and enter the following proposed stipulated schedule in this matter:

1.  Federal Defendants shall lodge the administrative record by July 3, 2025.

2.  Conferral on the contents of the administrative record shall occur by July 17, 2024.

3.  Any motion challenging the contents of the administrative record shall be filed within 21 days of the lodging of the administrative record. In the event such a motion is filed, the remainder of this schedule will be vacated and the parties will file a new proposed schedule within 14 days of the Court's order denying the motion challenging the administrative record or completion of the administrative record, whichever is later.

4.  SUWA shall file its motion for summary judgment by September 10, 2025.

5.  Federal Defendants shall file their response brief by November 17, 2025.

6.  Intervenor-Defendants shall file their response briefs 14 days after the filing of Federal Defendants' response brief.

7.  SUWA shall file its reply brief 40 days after the filing of Intervenor-Defendants' response briefs.

Respectfully submitted this 29th day of May, 2025.

| | |
|---|---|
| */s/ Landon Newell* <br> Stephen H.M. Bloch <br> Landon Newell <br> Hanna Larsen <br> 425 East 100 South <br> Salt Lake City, Utah 84111 <br> steve@suwa.org <br> landon@suwa.org <br> hanna@suwa.org <br><br> *Counsel for Plaintiff* | ADAM R.F. GUSTAFSON <br> Acting Assistant Attorney General <br> Environmental & Natural Resources Division <br> U.S. Department of Justice <br><br> */s/ Daniel Luecke* <br> Daniel Luecke <br> Trial Attorney, Natural Resources Section <br> Ben Franklin Station, P.O. Box 7611 <br> Washington, D.C. 20044-7611 <br> daniel.luecke@usdoj.gov |

*Counsel for Federal Defendants*

<u>/s/ Andrew C. Lillie</u>
Andrew C. Lillie
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Phone: (303) 295-8121
Email: aclillie@hollandhart.com

Mark D. Gibson
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Phone: (303) 473-4837
Email: mdgibson@hollandhart.com

Shawn T. Welch
HOLLAND & HART LLP
222 South Main, Suite 2200
Salt Lake City, UT 84101
Phone: (801) 799-5800
Email: stwelch@hollandhart.com

*Counsel for Intervenor-Defendant Anschutz Exploration Corporation*

UTAH ATTORNEY GENERAL'S OFFICE

<u>/s/ Roger R. Fairbanks</u>
Kathy A.F. Davis
Roger R. Fairbanks
Assistant Attorneys General

*Counsel for Intervenor-Defendant State of Utah*