THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>   Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>   Defendants,<br><br>and,<br><br>ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH,<br><br>   Intervenor-Defendants. | **STIPULATED SECOND AMENDED SCHEDULING ORDER**<br><br>Case No. 2:23-cv-00804-TC-DBP<br><br>District Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

Before the court is the parties' stipulated Joint Motion for Amended Scheduling Order. (ECF No. 89.) Having reviewed the parties' Joint Motion, the court GRANTS the request and enters the following schedule:

1. Federal Defendants shall lodge the administrative record by July 3, 2025.

2. Conferral on the contents of the administrative record shall occur by July 17, 2024.

3. Any motion challenging the contents of the administrative record shall be filed within 21 days of the lodging of the administrative record. In the event such a motion is filed, the remainder of this schedule will be vacated and the parties will file a new proposed schedule within 14 days of the Court's order denying the motion challenging the administrative record or completion of the administrative record, whichever is later.

4. SUWA shall file its motion for summary judgment by September 10, 2025.

5. Federal Defendants shall file their response brief by November 17, 2025.

6. Intervenor-Defendants shall file their response briefs 14 days after the filing of Federal Defendants' response brief.

7. SUWA shall file its reply brief 40 days after the filing of Intervenor-Defendants' response briefs.

DATED this 30 May 2025.

_____
Dustin B. Pead
United States Magistrate Judge