ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

SHANNON BOYLAN (D.C. Bar No. 1724269)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
150 M St NE
Washington, D.C. 20002
Tel: (202) 598-9584; Fax: (202) 305-0506
E-mail: shannon.boylan@usdoj.gov

*Counsel for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES BUREAU OF LAND MANAGEMENT, and CHRISTINA PRICE, in her official capacity as Deputy State Director, Division of Lands and Minerals,<br><br>　　　　Defendants,<br><br>and,<br><br>ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH,<br><br>　　　　Intervenor-Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:23-cv-00804<br><br>District Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

Notice is hereby given of the entry of the undersigned as counsel for Federal Defendants in the above-entitled action. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed and served upon:

>Shannon Boylan
>U.S. Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>P.O. Box 7611
>Washington, D.C. 20044-7611
>Telephone: (202) 598-9584
>Fax: (202) 305-0506
>Email: Shannon.boylan@usdoj.gov
>
>Overnight or Hand Delivery:
>150 M Street N.E.
>Unit 3.1406
>Washington, D.C. 20002

Dated: June 18, 2025

Respectfully submitted,

ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Shannon Boylan*
SHANNON BOYLAN (D.C. Bar No. 1724269)
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
150 M St NE
Washington, D.C. 20002
Tel: (202) 598-9584; Fax: (202) 305-0506
E-mail: shannon.boylan@usdoj.gov

*Counsel for Federal Defendants*