Mark Gibson (*pro hac vice*)  
HOLLAND & HART LLP  
1800 Broadway, Suite 300  
Boulder, CO 80302  
Telephone: (303) 473-4837  
mdgibson@hollandhart.com  

Andrew C. Lillie (*pro hac vice*)  
Jason A. Pedraza *(pro hac vice)*  
HOLLAND & HART LLP  
555 17th Street, Suite 3200  
Denver, CO 80202  
Telephone: (303) 295-8121  
aclillie@hollandhart.com  
japedraza@hollandhart.com  

Shawn T. Welch (7113)  
Andrew P. Revelle (18518)  
HOLLAND & HART LLP  
222 South Main, Suite 2200  
Salt Lake City, UT 84101  
Telephone: (801) 799-5800  
stwelch@hollandhart.com  
aprevelle@hollandhart.com  

*Attorneys for Intervenor–Defendant Anschutz Exploration Corporation*

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR et al.,<br><br>    Defendants,<br><br>and,<br><br>ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH,<br><br>    Intervenor–Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:23-cv-00804-TC-DBP<br><br>Judge Tena Campbell<br><br>Chief Magistrate Judge Dustin B. Pead |

   PLEASE TAKE NOTICE that Jason A. Pedraza hereby withdraws as counsel of record for Intervenor-Defendant Anschutz Exploration Corporation in the above-referenced matter pursuant

to DUCivR 83-1.4(b)(1). Mr. Pedraza requests that he be removed from the service list in this matter.

Andrew C. Lillie, Mark Gibson, Shawn T. Welch, and Andrew P. Revelle of Holland & Hart will remain as counsel for Intervenor-Defendant Anschutz Exploration Corporation in the above-referenced matter. They are aware of and will comply with all pending deadlines, hearings, and trial dates.

                                                Respectfully submitted,

                                                /s/ *Jason A. Pedraza*
                                                Jason A. Pedraza
                                                Holland & Hart LLP