ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

SHANNON BOYLAN (D.C. Bar No. 1724269)
Trial Attorney
U.S. Department of Justice
150 M St NE
Washington, D.C. 20002
Tel: (202) 598-9584; Fax: (202) 305-0506
E-mail: shannon.boylan@usdoj.gov

*Counsel for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    Defendants,<br><br>and,<br><br>ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH,<br><br>    Intervenor-Defendants. | **NOTICE OF FILING OF ADMINISTRATIVE RECORD**<br><br>Case No. 2:23-cv-00804<br><br>District Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

    Federal Defendants the U.S. Department of the Interior, *et al.*, hereby provide notice of the filing of the U.S. Bureau of Land Management's administrative record. The administrative record is being provided on a flash drive containing an index and PDF documents for the challenged

1

leasing decisions. The index to the administrative record is attached as Exhibit 1, and the certification of the administrative record is attached as Exhibit 2.

Dated: July 3, 2025

Respectfully submitted,

ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Shannon Boylan*
SHANNON BOYLAN (D.C. Bar No. 1724269)
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
150 M St NE
Washington, D.C. 20002
Tel: (202) 598-9584; Fax: (202) 305-0506
E-mail: shannon.boylan@usdoj.gov

*Counsel for Federal Defendants*