Stephen H.M. Bloch (UT #7813)
Landon Newell (UT #14738)
Hanna Larsen (UT #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
(801) 486-3161
steve@suwa.org
landon@suwa.org
hanna@suwa.org

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF THE INTERIOR** *et al.*, <br><br> Defendants, <br><br> and, <br><br> **ANSCHUTZ EXPLORATION CORPORATION** and **STATE OF UTAH**, <br><br> Intervenor-Defendants. | **JOINT MOTION TO STAY PROCEEDINGS** <br><br> Case No. 2:23-cv-00804-TC-DBP <br><br> Judge Tena Campbell <br> Chief Magistrate Judge Dustin B. Pead |

In accordance with Federal Rule of Civil Procedure 16(b)(4) and DUCivR 7-1(a)(4)(D) and 16-2(c), the parties jointly request this Court to stay all proceedings in the above-captioned matter until November 1, 2025. No later than October 27, 2025, the parties will submit a status

report informing the Court of their desire to either extend the stay for an additional sixty (60) days or lift the stay on November 1, 2025.

## GOOD CAUSE EXISTS FOR A STAY

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1. Here, there are two recent developments that warrant a stay to preserve judicial economy and secure a just resolution of this case.

*First*, recently, counsel for Federal Defendants represented to Plaintiff Southern Utah Wilderness Alliance's ("SUWA") counsel and counsel for Intervenor-Defendants that Federal Defendants intend to issue one or more final decisions on the supplemental National Environmental Policy Act ("NEPA") analysis required by the stipulated settlement agreement in *WildEarth Guardians v. Haaland*.[1] *See* Stipulated Settlement Agreement 3, 1:21-cv-00175-RC (D.D.C. March 4, 2022) (ECF No. 71-1) ("WEG Settlement"). The current Amended Scheduling Order (ECF No. 91) details a briefing schedule that will not be complete until early in 2026 (approximately January 9, 2026 at the earliest).

Although Plaintiff and Intervenor-Defendants do not know the contents of the supplemental NEPA analysis (no such documents have been released to the public), the final decision(s) may resolve some of SUWA's claims in this case for some or all of the challenged

---

[1] The lease sales at issue in the above-captioned matter (along with many others) were also challenged (on different grounds) in *WildEarth Guardians v. Haaland*, 1:20-cv-00056-RC (D.D.C.). That case, along with two others, was resolved via the WEG Settlement.

leases. Therefore, staying this litigation until November 1, 2025, with the option to extend the stay, will ensure parties are not expending time and resources litigating issues that may ultimately be resolved before merits briefing is complete.

*Second*, SUWA and Intervenor-Defendant Anschutz Exploration Corporation ("AEC") are exploring settlement regarding AEC's leases at issue in this matter. A stay in this litigation will allow both parties to focus on efficiently working towards a finalized settlement agreement.

## CONCLUSION

For the foregoing reasons, the Court should grant the parties' Joint Motion to Stay the Proceedings until at least November 1, 2025.

Respectfully submitted August 14, 2025.

| | |
|---|---|
| */s/ Hanna Larsen* | */s/ Shannon Boylan (with permission)* |
| Hanna Larsen | ADAM R. F. GUSTAFSON |
| Stephen H.M. Bloch | Acting Assistant Attorney General |
| Landon Newell | Environment and Natural Resources Division |
| | |
| *Attorneys for Plaintiff* | SHANNON BOYLAN (D.C. Bar No. 1724269) |
| *Southern Utah Wilderness Alliance* | Trial Attorney |
| | U.S. Department of Justice |
| | Environment and Natural Resources Division |
| | Natural Resources Section |
| | 150 M St NE Washington, D.C. 20002 |
| | Tel: (202) 598-9584; Fax: (202) 305-0506 |
| | E-mail: shannon.boylan@usdoj.gov |
| | |
| | *Attorneys for Federal Defendants* |
| | *U.S. Department of the Interior, et al.* |

/s/ *Andrew Lillie (with permission)*
Mark D. Gibson (*pro hac vice*)
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: (303) 473-4837
mdgibson@hollandhart.com

Andrew C. Lillie (*pro hac vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8121
aclillie@hollandhart.com

Shawn T. Welch (7113)
Andrew P. Revelle (18518)
HOLLAND & HART LLP
222 South Main, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
stwelch@hollandhart.com
aprevelle@hollandhart.com

*Attorneys for Intervenor-Defendant*
*Anschutz Exploration Corporation*

/s/ *Roger Fairbanks (with permission)*
KATHY A.F. DAVIS (4022)
ROGER R. FAIRBANKS (3792)
Assistant Attorneys General Utah Attorney General's Office
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
kathydavis@agutah.gov
rfairbanks@agutah.gov

*Attorneys for Intervenor-Defendant*
*State of Utah*