UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>   Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR** *et al.*,<br><br>   Defendants,<br><br>and,<br><br>**ANSCHUTZ EXPLORATION CORPORATION** and **STATE OF UTAH**,<br><br>   Intervenor-Defendants. | **[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**<br><br>Case No. 2:23-cv-00804-TC-DBP<br><br>Judge Tena Campbell<br>Chief Magistrate Judge Dustin B. Pead |

Before the Court is the parties' Joint Motion to Stay Proceedings until at least November 1, 2025. Having reviewed the parties' Joint Motion and for good cause shown, the Joint Motion is GRANTED. It is hereby ORDERED:

1. The above-captioned case is stayed until November 1, 2025, from the date of this order;

2. No later than October 27, 2025, the parties shall file a status report with the Court indicating whether they would like to either extend the stay for an additional sixty (60) days or lift the stay on November 1, 2025.

DATED this _ day of August, 2025.

                                              _____
                                              Tena Campbell
                                              United States District Judge

                                              Dustin B. Pead
                                              Chief Magistrate Judge