IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　　　　Defendants,<br><br>and,<br><br>ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH,<br><br>　　　　　　Intervenor-Defendants. | **ORDER EXTENDING STAY**<br><br>Case No. 2:23-cv-00804-TC<br><br>Judge Tena Campbell |

　　　　On August 15, 2025, the court granted the parties' Joint Motion to Stay Proceedings and ordered the parties to file a status report no later than October 27, 2025, indicating whether the parties wish to extend the stay. (ECF No. 97.) No status report has been received.

　　　　However, at midnight on September 30, 2025, the appropriations act that had been funding the government expired. Per General Order 25-005, issued on October 2, 2025, this case must be stayed for the duration of the lapse in appropriations, plus seven days.

　　　　The court therefore extends the stays until the end of the lapse in appropriations, plus seven days, at which point the parties must file a status report.

## ORDER

　　　　For the foregoing reasons, the Clerk of Court is directed to EXTEND the stay for this

proceeding until seven days after the lapse in appropriations ends.

DATED this 28th day of October, 2025.

BY THE COURT:

Tena Campbell
United States District Judge