Stephen H.M. Bloch (UT #7813)
Landon Newell (UT #14738)
Hanna Larsen (UT #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
(801) 486-3161
steve@suwa.org
landon@suwa.org
hanna@suwa.org

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br>  Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF THE INTERIOR**, *et al.*, <br><br>  Defendants, <br><br> and, <br><br> **ANSCHUTZ EXPLORATION CORPORATION** and **STATE OF UTAH**, <br><br>  Intervenor-Defendants. | **STATUS REPORT AND JOINT MOTION TO CONTINUE STAY OF PROCEEDINGS** <br><br> Case No. 2:23-cv-00804-TC-DBP <br><br> Judge Tena Campbell <br> Chief Magistrate Judge Dustin B. Pead |

Pursuant to the Court's Order Extending Stay (ECF No. 98), the parties respectfully file this Status Report and Joint Motion to Continue Stay of Proceedings.

## STATUS REPORT

The Court granted the parties' first Joint Motion to Stay Proceedings on August 15, 2025 (ECF No. 97). Several notable events have occurred since that time. *First*, on September 25, 2025, Defendant Bureau of Land Management ("BLM") released its draft supplemental environmental analysis ("Draft Supplemental Leasing EA") for Utah oil and gas leases related to the stipulated settlement agreement in *WildEarth Guardians v. Haaland* (see ECF No. 71-1) ("WEG Settlement").[1] On October 27, 2025, Plaintiff Southern Utah Wilderness Alliance ("SUWA") submitted comments on the Draft Supplemental Leasing EA. To date, BLM has not finalized its supplemental leasing analysis or issued new decision(s) related to the Utah leases.

*Second*, SUWA and Intervenor-Defendant Anschutz Exploration Corporation ("AEC") continue to explore settlement regarding AEC's leases at issue in this litigation. These good faith negotiations remain ongoing and are progressing toward a resolution.

## REQUEST TO CONTINUE THE STAY OF PROCEEDINGS

For the foregoing reasons, good cause exists for the Court to continue the stay. As previously explained by the parties, the BLM's supplemental leasing analysis related to the WEG Settlement and accompanying final decision(s) may resolve some of SUWA's claims in this case for some or all of the challenged leases (*see generally* ECF. No. 96). Therefore, continuing a stay of the litigation will ensure the Court and the parties do not spend time and resources litigating issues that may ultimately be resolved through supplemental agency analysis and decision-making.

---

[1] The Draft Supplemental Leasing EA and accompanying information is available at https://eplanning.blm.gov/eplanning-ui/project/2040012/510 (last updated Oct. 27, 2025).

Likewise, a continued stay will allow SUWA and AEC to focus on efficiently working towards a finalized settlement agreement.

Thus, the parties request that the Court grant a continuation of the stay through and including Friday, January 16, 2026. If granted by the Court, the parties agree to file a new status report on or before Monday, January 12, 2026.

## CONCLUSION

For the foregoing reasons, the Court should grant the parties' Joint Motion to Continue Stay of Proceedings until at least January 16, 2026.

Respectfully submitted on November 19, 2025.

| | |
|---|---|
| */s/ Landon Newell*<br>Landon Newell<br>Stephen H.M. Bloch<br>Hanna Larsen<br><br>*Attorneys for Plaintiff*<br>*Southern Utah Wilderness Alliance* | ADAM R. F. GUSTAFSON<br>Principal Deputy Assistant Attorney General<br>Environment and Natural Resources Division<br><br>*/s/ Shannon Boylan* (with permission)<br>Shannon Boylan, Trial Attorney<br>Trial Attorney<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>P.O. Box 7611, Ben Franklin Station<br>Washington, D.C. 20044-7611<br>202-598-9584<br>shannon.boylan@usdoj.gov<br><br>*Attorneys for Federal Defendants*<br>*U.S. Department of the Interior, et al.* |

/s/ Mark D. Gibson (with permission)
Mark D. Gibson (*pro hac vice*)
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: (303) 473-4837
mdgibson@hollandhart.com

Andrew C. Lillie (*pro hac vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8121
aclillie@hollandhart.com

Shawn T. Welch (7113)
Andrew P. Revelle (18518)
HOLLAND & HART LLP
222 South Main, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
stwelch@hollandhart.com
aprevelle@hollandhart.com

*Attorneys for Intervenor-Defendant Anschutz Exploration Corporation*

/s/ Roger Fairbanks (with permission)
KATHY A.F. DAVIS (4022)
ROGER R. FAIRBANKS (3792)
Assistant Attorneys General Utah Attorney General's Office
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
kathydavis@agutah.gov
rfairbanks@agutah.gov

*Attorneys for Intervenor-Defendant State of Utah*