UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br>   Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF THE INTERIOR**, *et al.*, <br><br>   Defendants, <br><br> and, <br><br> **ANSCHUTZ EXPLORATION CORPORATION** and **STATE OF UTAH**, <br><br>   Intervenor-Defendants. | **[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE STAY OF PROCEEDINGS** <br><br> Case No. 2:23-cv-00804-TC-DBP <br><br> Judge Tena Campbell <br> Chief Magistrate Judge Dustin B. Pead |

Before the Court is the parties' Joint Motion to Continue Stay of Proceedings until at least January 16, 2026. Having reviewed the parties' Joint Motion and for good cause shown, the Joint Motion is GRANTED. It is hereby ORDERED:

1. The above-captioned case is stayed until January 16, 2026;

2. No later than January 12, 2026, the parties shall file a status report with the Court indicating whether they would like to either extend the stay or lift the stay on January 16, 2026.

Dated this __ day of November, 2025.

_____
Tena Campbell
United States District Judge

_____
Dustin B. Pead
Chief Magistrate Judge