Mark D. Gibson (*pro hac vice*)
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: (303) 473-4837
mdgibson@hollandhart.com

Andrew C. Lillie (*pro hac vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8121
aclillie@hollandhart.com

Shawn T. Welch (7113)
Andrew P. Revelle (18518)
HOLLAND & HART LLP
222 South Main, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
stwelch@hollandhart.com
aprevelle@hollandhart.com

*Attorneys for Intervenor–Defendant Anschutz Exploration Corporation*

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR et al.,<br><br>    Defendants,<br><br>and,<br><br>ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH,<br><br>    Intervenor–Defendants. | **JOINT MOTION TO CONTINUE STAY OF PROCEEDINGS AND STATUS REPORT**<br><br>Case No. 2:23-cv-00804-TC-DBP<br><br>Judge Tena Campbell<br><br>Chief Magistrate Judge Dustin B. Pead |

Under the Court's order continuing the stay in this case (ECF No. 102), the parties file this joint motion to continue the stay of proceedings and to provide the Court a joint status report.

## STATUS REPORT

The Court granted the parties' first joint motion to stay proceedings in August 2025 (ECF No. 97). Several notable events have occurred since that time.

First, in September 2025, Defendant Bureau of Land Management released its draft supplemental environmental analysis ("Draft Supplemental Leasing EA") for Utah oil-and-gas leases stemming from the stipulated settlement agreement in *WildEarth Guardians v. Haaland* (*see* ECF No. 71-1) ("WEG Settlement").[1] Plaintiff Southern Utah Wilderness Alliance ("SUWA") submitted comments on the Draft Supplemental Leasing EA. To date, BLM has not finalized its supplemental leasing analysis or issued a new decision or decisions for the Utah leases.

Second, SUWA and Intervenor–Defendant Anschutz Exploration Corporation ("AEC") continue to explore settlement of AEC's leases at issue in this case. These good-faith negotiations remain ongoing and are progressing toward a resolution.

## JOINT MOTION TO CONTINUE STAY

Because BLM has yet to issue its final decision on the Draft Supplemental Leasing EA, and because SUWA and AEC remain in good-faith settlement negotiations, good cause continues to exist for the Court to continue the stay. As the parties have previously explained, BLM's supplemental leasing analysis and accompanying final decision or decisions may resolve some of SUWA's claims for some or all of the challenged leases (*see generally* ECF. No. 96). Continuing the stay will ensure that the Court and the parties do not spend time and resources litigating issues

---

[1] The Draft Supplemental Leasing EA and accompanying information is available at https://eplanning.blm.gov/eplanning-ui/project/2040012/510.

that may ultimately be resolved through supplemental agency analysis and decision-making. A continued stay will also allow SUWA and AEC to focus on efficiently working toward a settlement agreement.

## CONCLUSION

For these reasons, the parties request that the Court continue the stay through and including March 27, 2026. If the Court grants this joint motion, the parties will file a new status report on or before March 23, 2026.

Respectfully submitted,

| | |
|---|---|
| /s/ Landon Newell (with permission) | /s/ Mark D. Gibson |
| Landon Newell | Mark D. Gibson |
| Stephen H.M. Bloch | HOLLAND & HART LLP |
| Hanna Larsen | 1800 Broadway, Suite 300 |
| | Boulder, CO 80302 |
| *Attorneys for Plaintiff Southern Utah Wilderness Alliance* | (303) 473-4873 |
| | mdgibson@hollandhart.com |
| | |
| | Andrew C. Lillie |
| | HOLLAND & HART LLP |
| | 555 17th Street, Suite 3200 |
| | Denver, CO 80202 |
| | (303) 295-8121 |
| | aclillie@hollandhart.com |
| | |
| | Shawn T. Welch (7113) |
| | Andrew P. Revelle (18518) |
| | HOLLAND & HART LLP |
| | 222 South Main, Suite 2200 |
| | Salt Lake City, UT 84101 |
| | (801) 799-5800 |
| | stwelch@hollandhart.com |
| | aprevelle@hollandhart.com |
| | |
| | *Attorneys for Intervenor–Defendant Anschutz Exploration Corporation* |

ADAM R. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

/s/ Shannon Boylan (with permission)
Shannon Boylan, Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 598-9584
Shannon.boylan@usdoj.gov

*Attorneys for Federal Defendants U.S. Department of the Interior et al.*

/s/ Roger Fairbanks (with permission)
Kathy A.F. Davis (4022)
Roger R. Fairbanks (3792)
Assistant Attorneys General
UTAH ATTORNEY GENERAL'S OFFICE
1594 West North Temple, Suite 300
Salt Lake City, UT 84116
kathydavis@agutah.gov
rfairbanks@agutah.gov

*Attorneys for Intervenor–Defendant State of Utah*