# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR et al.,<br><br>     Defendants,<br><br>and,<br><br>ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH,<br><br>     Intervenor–Defendants. | **ORDER GRANTING JOINT MOTION TO CONTINUE STAY OF PROCEEDINGS**<br><br>Case No. 2:23-cv-00804-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is the parties' joint motion to continue the stay in this case until at least March 27, 2026. Having reviewed the motion, and for good cause shown, the Court grants the motion. This case will continue to be stayed until March 27, 2026. No later than March 23, 2026, the parties must file a status report stating whether they would like to extend the stay or lift the stay on March 27, 2026.

Dated this 13 day of January, 2026.

_____
Dustin B. Pead
U.S. Magistrate Judge