Stephen H.M. Bloch (UT #7813)
Landon Newell (UT #14738)
Hanna Larsen (UT #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
(801) 486-3161
steve@suwa.org
landon@suwa.org
hanna@suwa.org

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR et al.,<br><br>    Defendants,<br><br>and,<br><br>ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH,<br><br>    Intervenor-Defendants. | **JOINT MOTION TO CONTINUE STAY OF PROCEEDINGS AND STATUS REPORT**<br><br>Case No. 2:23-cv-00804-TC-DBP<br><br>Judge Tena Campbell<br><br>Chief Magistrate Judge Dustin B. Pead |

Under the Court's order continuing the stay in this case (ECF No. 104), the parties file this joint motion to continue the stay of proceedings and to provide the Court with a joint status report.

### STATUS REPORT

*First*, Defendant Bureau of Land Management has not finalized its supplemental leasing analysis ("Draft Supplemental Leasing EA") or issued a new decision or decisions for the Utah leases at issue in the stipulated settlement agreement in *WildEarth Guardians v. Haaland* (*see* ECF No. 71-1);[1] *see also* ECF No. 101 (providing more information about the Draft Supplemental Leasing EA); ECF No. 103 (same).

*Second*, SUWA and Intervenor-Defendant Anschutz Exploration Corporation ("AEC") continue to explore settlement of AEC's leases at issue in this case. This includes the parties having held several additional meetings and on-the-ground field visits to public lands at issue in this litigation. SUWA and AEC are scheduled to meet next on March 30 to continue these efforts.

### JOINT MOTION TO CONTINUE STAY

Because BLM has yet to issue its final decision on the Draft Supplemental Leasing EA, and because SUWA and AEC remain in good-faith settlement negotiations, good cause continues to exist for the Court to continue the stay. As the parties have previously explained, BLM's supplemental leasing analysis and accompanying final decision or decisions may resolve some of SUWA's claims for some or all the challenged leases (*see generally* ECF No. 96). Continuing the stay will ensure that the Court and the parties do not spend time and resources litigating issues

---

[1] The Draft Supplemental Leasing EA and accompanying information is available at https://eplanning.blm.gov/Project-Home/?id=2ea430f6-a7f2-f011-8407-001dd803d067.

2

that may ultimately be resolved through supplemental agency analysis and decision-making. A continued stay will also allow SUWA and AEC to focus on efficiently working toward a settlement agreement.

## CONCLUSION

For these reasons, the parties request that the Court continue the stay through and including May 22, 2026. If the Court grants this joint motion, the parties will file a new status report on or before May 18, 2026.

Respectfully submitted on March 23, 2026.

/s/ Landon Newell
Landon Newell
Stephen H.M. Bloch
Hanna Larsen

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

/s/ Shannon Boylan (with permission)
Shannon Boylan, Trial Attorney
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
202-598-9584
shannon.boylan@usdoj.gov

*Attorneys for Federal Defendants*
*U.S. Department of the Interior, et al.*

/s/ *Mark D. Gibson* (with permission)
Mark D. Gibson (*pro hac vice*)
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: (303) 473-4837
mdgibson@hollandhart.com

Andrew C. Lillie (*pro hac vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8121
aclillie@hollandhart.com

Shawn T. Welch (7113)
Andrew P. Revelle (18518)
HOLLAND & HART LLP
222 South Main, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
stwelch@hollandhart.com
aprevelle@hollandhart.com

*Attorneys for Intervenor-Defendant*
*Anschutz Exploration Corporation*

/s/ *Roger Fairbanks* (with permission)
KATHY A.F. DAVIS (4022)
ROGER R. FAIRBANKS (3792)
Assistant Attorneys General Utah Attorney
General's Office
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
kathydavis@agutah.gov
rfairbanks@agutah.gov

*Attorneys for Intervenor-Defendant*
*State of Utah*

4