**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR et al., <br><br> Defendants, <br><br> and, <br><br> ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH, <br><br> Intervenor-Defendants. | **ORDER GRANTING JOINT MOTION TO CONTINUE  STAY OF PROCEEDINGS** <br><br> Case No. 2:23-cv-00804-TC-DBP <br><br> Judge Tena Campbell <br><br> Magistrate Judge Dustin B. Pead |

Before the Court is the parties' joint motion to continue the stay in this case until at least May 22, 2026. Having reviewed the motion, and for good cause shown, the Court grants the motion. This case will continue to be stayed until May 22, 2026. No later than May 18, 2026, the parties must file a status report stating whether they would like to extend the stay or lift the stay on May 22, 2026.

Dated this __23__ day of March, 2026.

_____
Dustin B. Pead
United States Magistrate Judge