ROGER R. FAIRBANKS (#3792)
JASON DEFOREST (#14628)
Assistant Attorneys General
Utah Attorney General's Office
DEREK E. BROWN (10476)
UTAH ATTORNEY GENERAL
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
rfairbanks@agutah.gov
jdeforest@agutah.gov

*Attorneys for Intervenor-defendant State of Utah*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants,<br><br>and,<br><br>ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH,<br><br>Intervenor-Defendants. | **NOTICE OF APPEARANCE OF COUNSEL FOR THE INTERVENOR-DEFENDANT**<br><br>Case No. 2:23-cv-00804-TC<br><br>Judge Tena Campbell |

The undersigned appears as counsel for the intervenor-defendant (State of Utah) in the above-captioned case. Under Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings, correspondence, papers, and other materials relevant to this action should be directed to and served on:

Jason L. DeForest
Assistant Attorney General
1594 W North Temple

Salt Lake City, Utah 84116
jdeforest@agutah.gov


RESPECTFULLY SUBMITTED this 3rd day of June, 2026.


/s/ Jason DeForest
JASON DEFOREST
*Assistant Attorney General*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June, 2026, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL FOR INTERVENOR-DEFENDANT to be served on the parties through the Court's electronic filing system.

/s/ Jason DeForest
JASON DEFOREST
*Assistant Attorney General*