Stephen H.M. Bloch (UT #7813)
Landon Newell (UT #14738)
Hanna Larsen (UT #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
(801) 486-3161
steve@suwa.org
landon@suwa.org
hanna@suwa.org

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR et al.,<br><br>    Defendants,<br><br>and,<br><br>ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH,<br><br>    Intervenor-Defendants. | **JOINT MOTION TO CONTINUE STAY OF PROCEEDINGS AND STATUS REPORT**<br><br>Case No. 2:23-cv-00804-TC-DBP<br><br>Judge Tena Campbell<br><br>Chief Magistrate Judge Dustin B. Pead |

Under the Court's order continuing the stay in this case (ECF No. 108), the parties file this joint motion to continue the stay of proceedings and to provide the Court with a joint status report.

## STATUS REPORT

On June 5, 2026, Defendant Bureau of Land Management ("BLM") finalized the Supplemental Leasing EA and issued the accompanying decision records.[1] However, SUWA and Intervenor-Defendant Anschutz Exploration Corporation ("AEC") continue to explore settlement of AEC's leases at issue in this case. Among other actions, the parties recently met to continue their discussions and, based on information shared in that meeting, staff for AEC are conducting additional field visits to gather more information. Following the completion of these field visits, the parties will meet again to continue their settlement efforts.

## JOINT MOTION TO CONTINUE STAY

Because SUWA and AEC remain in good-faith settlement negotiations, good cause continues to exist for the Court to continue the stay. Continuing the stay will ensure that the parties do not spend time and resources litigating issues that may be resolved via settlement. Thus, a continued stay will allow SUWA and AEC to focus on efficiently working toward a settlement agreement.

---

[1] The final documents are available on BLM's ePlanning project website: https://eplanning.blm.gov/Documents/?id=2ea430f6-a7f2-f011-8407-001dd803d067&spid=4c1b2496-a8f2-f011-8406-001dd80ef717 (select the tab, "Final EA/FONNSI/Decision Records").

**CONCLUSION**

For the foregoing reasons, the Court should grant the parties' Joint Motion to Continue Stay of Proceedings until at least October 2, 2026. If the Court grants this joint motion, the parties will file a new status report on or before September 28, 2026.

Respectfully submitted on July 27, 2026.

*/s/ Landon Newell*
Landon Newell
Stephen H.M. Bloch
Hanna Larsen
*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

*/s/ Shannon Boylan* (with permission)
Shannon Boylan, Trial Attorney
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
202-598-9584
shannon.boylan@usdoj.gov

*Attorneys for Federal Defendants*
*U.S. Department of the Interior, et al.*

*/s/ Mark D. Gibson* (with permission)
Mark D. Gibson (*pro hac vice*)
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: (303) 473-4837
mdgibson@hollandhart.com

Andrew C. Lillie (*pro hac vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8121
aclillie@hollandhart.com

Shawn T. Welch (UT #7113)
Andrew P. Revelle (UT #18518)
HOLLAND & HART LLP
222 South Main, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
stwelch@hollandhart.com
aprevelle@hollandhart.com

*Attorneys for Intervenor-Defendant*
*Anschutz Exploration Corporation*

*/s/ Roger Fairbanks* (with permission)
KATHY A.F. DAVIS (UT #4022)
ROGER R. FAIRBANKS (UT #3792)
JASON DEFOREST (UT #14628)
Assistant Attorneys General Utah Attorney
General's Office
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
kathydavis@agutah.gov
rfairbanks@agutah.gov
jdeforest@agutah.gov

*Attorneys for Intervenor-Defendant*
*State of Utah*