## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

SOUTHERN UTAH WILDERNESS
ALLIANCE,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE
INTERIOR et al.,

    Defendants,

and,

ANSCHUTZ EXPLORATION
CORPORATION and STATE OF UTAH,

    Intervenor-Defendants.

**ORDER GRANTING JOINT MOTION
TO CONTINUE
STAY OF PROCEEDINGS**

Case No. 2:23-cv-00804-TC-DBP

Judge Tena Campbell

Chief Magistrate Judge Dustin B. Pead

Before the Court is the parties' joint motion to continue the stay in this case until at least October 2, 2026. Having reviewed the motion, and for good cause shown, the Court grants the motion. This case will continue to be stayed until October 2, 2026. No later than September 28, 2026, the parties must file a status report stating whether they would like to extend the stay or lift the stay on October 2, 2026.

    DATED this 29 July 2026.

_____
Dustin B. Pead
United States Magistrate Judge