**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR et al.,<br><br>Defendants,<br><br>and,<br><br>ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH,<br><br>Intervenor-Defendants. | **ORDER GRANTING JOINT MOTION TO CONTINUE STAY OF PROCEEDINGS**<br><br>Case No. 2:23-cv-00804-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is the parties' joint motion to continue the stay in this case until at least December 4, 2026. Having reviewed the motion, and for good cause shown, the Court grants the motion. This case will continue to be stayed until December 4, 2026. No later than November 30, 2026, the parties must file a status report stating whether they would like to extend the stay or lift the stay on December 4, 2026.

Dated this 28 day of September, 2026.

Dustin B. Pead
U.S. Magistrate Judge