Mark Gibson (*pro hac vice*)
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: (303) 473-4837
mdgibson@hollandhart.com

Shawn T. Welch (7113)
HOLLAND & HART LLP
222 South Main, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
stwelch@hollandhart.com

Andrew C. Lillie (*pro hac vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8121
aclillie@hollandhart.com

*Attorneys for Intervenor–Defendant Anschutz Exploration Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR et al.,<br><br>Defendants,<br><br>and,<br><br>ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH,<br><br>Intervenor–Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:23-cv-00804-TC-DBP<br><br>Judge Tena Campbell<br><br>Chief Magistrate Judge Dustin B. Pead |

PLEASE TAKE NOTICE that Andrew P. Revelle is hereby withdrawn as counsel of record for Intervenor-Defendant Anschutz Exploration Corporation in the above-referenced matter pursuant to DUCivR 83-1.4(b)(1). Mr. Revelle has left Holland & Hart, is no longer registered to practice before this Court, and should be removed from the service list.

Andrew C. Lillie, Mark Gibson, and Shawn T. Welch of Holland & Hart will remain as counsel for Intervenor-Defendant Anschutz Exploration Corporation in the above-referenced matter. They are aware of and will comply with all pending deadlines, hearings, and trial dates.

Dated this 23rd day of October, 2026.

Respectfully submitted,

/s/ *Shawn T. Welch*
Shawn T. Welch
Holland & Hart LLP