ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

DANIEL C. LUECKE (CA Bar No. 326695)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-7863
Email: daniel.luecke@usdoj.gov

*Counsel for Defendants*

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants,<br><br>and<br><br>ANSCHUTZ EXPLORATION CORPORATION and STATE OF UTAH,<br><br>Intervenor–Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:23-cv-00804<br><br>Judge Tena Campbell<br><br>Chief Magistrate Judge Dustin B. Pead |

Defendants hereby give notice that Daniel C. Luecke is withdrawing as counsel for Defendants under DUCivR 83-1.4(b)(1). Defendants continue to be represented by an attorney who has appeared under DUCivR 83-1.3. The continuing attorney is aware of and will comply with all pending deadlines, hearings, and trial dates.

Respectfully submitted this 3rd day of November, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/ Daniel C. Luecke*
DANIEL C. LUECKE
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-7863
Email: daniel.luecke@usdoj.gov

*Counsel for Defendants*